**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM



MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

September 25, 2023

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

        Re: United States v. Joseph Malvasio
           23 Cr. 396 (JGLC)

Dear Judge Clarke:

  Defendant Joseph Malvasio ("Malvasio") is currently at liberty on a $1,000,000 secured bond that contains numerous conditions including a restriction of travel to the Southern and Eastern Districts of New York and the Southern District of Florida. By this letter, Malvasio respectfully requests permission to travel to Orlando, Florida with his wife from September 27, 2023 through October 1, 2023. The government, by Assistant United States Attorney Jaclyn Delligatti and Pretrial, by United States Probation Officer Nelson Valenzuela, consent to this application so long as they receive the itinerary prior Malvasio's to departure. In the event that this application is granted, Malvasio will provide a detailed itinerary to the government and Pretrial Services in his supervising district ("Pretrial") prior to his departure and consents to this requirement as condition of any Order permitting the requested travel.

  Thank you for Your Honor's consideration of this request.

Application is GRANTED. Defendant Joseph Malvasio's conditions of bail are temporarily modified to permit travel to the Middle District of Florida from September 27, 2023 through October 1, 2023. All other conditions of bail shall remain in effect. Defendant shall provide his supervising pretrial services officer, SDNY pretrial services officer, and AUSA Delligatti with his detailed itinerary. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 30.

Dated: September 25, 2023
   New York, New York

Very truly yours,

*Sanford Talkin*

Sanford Talkin

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

  cc: AUSA Jaclyn Delligatti (by ECF)
     USPO Nelson Valenzuela (by email)