**ELLIOTT KWOK LEVINE JAROSLAW NEILS** LLP

565 Fifth Avenue, 7th Floor
New York, NY 10017
tel: +1 (212) 321-0510

www.ekljnlaw.com

Sara Probber
sprobber@ekljnlaw.com
Direct: +1 (646) 585-6858

May 24, 2024

**Via ECF**

The Honorable Jessica G. L. Clarke
United States District Court
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>United States v. Joesph Malvasio and Gregg Marcus</u>
      23-CR-396 (JGLC)

Dear Judge Clarke:

A conference in the above-referenced case is currently scheduled for May 29, 2024, at 10:00 a.m. Defendants Joseph Malvasio and Gregg Marcus have been reviewing voluminous discovery, including new discovery which counsel for Mr. Marcus received on or about April 30, 2024. Mr. Marcus has retained additional eDiscovery counsel to facilitate the review. We expect that we will provide the Court with an update on our progress in our review processes and request additional time to review the discovery that has been, and continues to be, provided. As such, we anticipate this will likely be a brief and procedural conference.

As such, Defendant Marcus respectfully requests that the Court waive his in-person appearance and permit him to attend remotely. Mr. Marcus lives and works in Florida. Assistant United State Attorney Jaclyn Delligatti has advised us that the Government consents to this request.

Thank you for Your Honor's consideration.

Respectfully Submitted,

s/ Sara M. Probber
Sara Michelle Probber

**Elliott Kwok Levine Jaroslaw Neils LLP**
*Counsel for Defendant Gregg Marcus*

Application GRANTED. Mr. Malvasio is permitted to remotely attend the status conference set for May 29, 2024, at 10:00 a.m. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 45.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: May 24, 2024
       New York, New York

cc: All counsel
    *Via ECF*