**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

May 28, 2024

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

        Re: United States v. Joseph Malvasio
           23 Cr. 396 (JGLC)

Dear Judge Clarke:

 A conference in the above referenced case is scheduled for tomorrow, May 29, 2024 at 10:00 am. The Court recently granted co-defendant Gregory Marcus' application to remotely appear at the conference. By this letter, Malvasio also respectfully requests to be permitted to remotely appear. Counsel will, of course, appear in person. I believe the government consented to this application and await confirmation but file this letter now due to the time sensitivity.

 Thank you for Your Honor's consideration of this request.

              Very truly yours,
              *Sanford Talkin*
              Sanford Talkin

cc: All counsel (by ECF)

Application GRANTED. Mr. Malvasio is permitted to remotely attend the status conference set for May 29, 2024, at 10:00 a.m.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 49.

SO ORDERED.

*Jessica Clarke*

Dated: May 28, 2024
   New York, New York