**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

May 29, 2024

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

         Re: <u>United States v. Joseph Malvasio & Gregg Marcus</u>
           23 Cr. 396 (JGLC)

Dear Judge Clarke:

 Kindly permit this letter to memorialize the request made by defendants Joseph Malvasio and Gregg Marcus ("the Defendants") during today's status conference for permission to appear remotely at the next status conference in this case that is scheduled for August 7, 2024 at 2:30 pm. By making this request, the Defendants knowingly waive their respective rights to appear at the status conference in person. The government consents to this application

 Thank you for Your Honor's consideration of the Defendants' request.

                Very truly yours,
                *Sanford Talkin*
cc: All counsel (by ECF)      Sanford Talkin

Application GRANTED.

With regard to the issue the government raised at the May 29, 2024 conference, regarding the indictment remaining sealed, the Court directs the parties to the unsealed indictment at ECF No. 32, which conforms to the Court's Order at ECF No. 27.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 51.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Dated: May 31, 2024
   New York, New York