UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                         :
UNITED STATES OF AMERICA                                                 :
                                                                         :
            -v-                                                          :            23-CR-396 (JGLC)
                                                                         :
JOSEPH MALVASIO, ET AL.,                                                 :            SCHEDULING ORDER
                                                                         :
                        Defendants.                                      :
                                                                         :
-------------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

        As ORDERED at the status conference held on **August 7, 2024**, Defendant's motion(s), if any, shall be filed by **January 6, 2025**. The Government's response shall be filed by **January 21, 2025**. Defendant's reply shall be filed by **January 28, 2025**.

        Trial in this case is scheduled for **May 27, 2025** at **10:00 a.m.**

        It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **April 28, 2025**.  Any opposition to a motion *in limine* or trial memorandum shall be filed by **May 5, 2025**.

        Also on **April 28, 2025**, in accordance with the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, the parties shall submit the proposed *voir dire*, proposed jury instructions, and proposed verdict forms by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents.  The parties shall also email to the Court and opposing counsel the parties' exhibit list and related requirements in the Court's Individual Rule 1(f).

        It is further ORDERED that the parties appear for a final pretrial conference on **May 12, 2025**, at **11:00 a.m.** in **Courtroom 11B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

        SO ORDERED.

Dated: January 13, 2025                          _____
       New York, New York                        JESSICA G. L. CLARKE
                                                 United States District Judge