UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH MALVASIO, ET AL.

Defendants.

23-CR-396 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

It is HEREBY ORDERED that all parties appear for an oral argument on Defendants'

Joint Motion for a Bill of Particulars and Disclosure of a List of Applications the Government

Intends to Present at Trial (ECF No. 58) on **February 13, 2025, at 12:00 p.m.** in Courtroom 11B

at 500 Pearl Street, New York, New York 10007.

Dated: February 5, 2025
       New York, New York

SO ORDERED.

_____

JESSICA G. L. CLARKE
United States District Judge