

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 17, 2025

The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **Indictment S1 23 Cr. 396**

Dear Judge Clarke:

      The Government writes in response to defendant Gregg Marcus's March 17, 2025, letter to the Court regarding the Government's S1 Superseding Indictment. (Dkt. 73). The Government inadvertently failed to redact a portion of line 11k of the Superseding Indictment, as had been ordered by the Court with respect to the Government's first Indictment on September 21, 2023. (Dkt. 27). The Government apologizes for this oversight. Upon learning of the defendant's letter, the undersigned immediately contacted the Clerk's Office, and the Superseding Indictment has since been sealed.[1] The Government respectfully requests that Your Honor issue an order directing the Clerk's Office to replace the current sealed Superseding Indictment with the attached redacted version.

Application GRANTED. The Clerk of Court is respectfully directed to replace ECF No. 70 with the attached redacted version of the Superseding Indictment.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 20, 2025
      New York, New York

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____
    Jackie Delligatti
    Georgia V. Kostopoulos
    Assistant United States Attorneys
    212-637-2559/2212

Attachment

---

[1] Other redactions in the Superseding Indictment were applied by the Clerk's Office and not the Government.