UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Joseph Malvasio

                    Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

23    -CR-396( )( )

Defendant **Joseph Malvasio** _____ hereby voluntarily consents to participate in the following proceeding via $\underline{X}$ videoconferencing or $\underline{X}$ teleconferencing:

___   Initial Appearance Before a Judicial Officer

$\underline{X}$   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/S/ Joseph Malvasio
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Joseph Malvasio**
Print Defendant's Name

/S/ Sanford Talkin
Defendant's Counsel's Signature

**Sanford Talkin**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3.19.2025
Date

U.S. District Judge/U.S. Magistrate Judge