**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

March 24, 2025

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

**MEMO ENDORSED**

Re:   United States v. Joseph Malvasio
      23 Cr. 396 (JGLC)

Dear Judge Clarke:

    A conference in the above referenced case is scheduled for March 26, 2025 at 3:00 pm. As the Court is aware, Joseph Malvasio ("Malvasio") lives in Florida. Prior to this conference being set as a result of the recent Superseding Indictment, Joseph Malvasio ("Malvasio") had already purchased tickets to come to New York on April 1, 2025. He also understands and acknowledges that because of immediacy of issues related to the currently scheduled trial, it is not practicable to delay this appearance until after April 1. For this reason, Malvasio respectfully requests that he be permitted to appear remotely for this appearance and knowingly waives his right to appear in person at the conference. The government, by Assistant United States Attorney Jaclyn Delligatti, consents to this application.

    Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   All counsel (by ECF)

Application GRANTED. Mr. Malvasio is permitted to remotely attend the status conference set for March 26, 2025, 3:00 p.m. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 90.

Dated: March 25, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge