**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM



MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

April 3, 2025

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. Joseph Malvasio
23 Cr. 396 (JGLC)

Dear Judge Clarke:

     Since August 10, 2023, defendant Joseph Malvasio ("Malvasio") has been at liberty on a $1,000,000 secured bond that contains numerous conditions including a restriction of his travel to the Southern and Eastern Districts of New York and the Southern District of Florida. During the entire 18 months of his pretrial supervision, he has been fully compliant with all of the conditions of his release. Mr. Malvasio's trial, currently scheduled for May 27, 2025, is very likely to be adjourned for an extended amount of time to allow his newly indicted co-defendant to review the voluminous discovery in this case and for Malvasio to prepare his defense for newly added charges thereby lengthening his pretrial supervision. As a result, Malvasio respectfully requests that his travel condition be expanded to permit him to travel in the continental United States so long as he provides reasonable advance notice to Probation/Pretrial Services ('Pretrial"). The government, by Assistant United States Attorney Jaclyn Delligatti and Pretrial, by United States Probation Officer Nelson Valenzuela, consent to this application.

     Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Jaclyn Delligatti (by ECF)
USPO Nelson Valenzuela (by email)

---

Application GRANTED. Mr. Malvasio's travel conditions on bail is expanded to permit travel in the continental United States. All other conditions of bail shall remain the same. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 104.

Dated: April 8, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge