UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X

UNITED STATES OF AMERICA,

    - v. -

JOSEPH MALVASIO, GREGG MARCUS,
and CHRISTOPHER POLK,

         Defendants.

---------------------------------- X

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

No. 23 Cr. 396 (JMF(

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney for the
                  Southern District of New York

            by: _____
                  Kevin Grossinger
                  Assistant United States Attorney
                  (212) 637-2426
                  kevin.grossinger@usdoj.gov

TO:   Counsel of Record (via ECF)