UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
    -v-                                                :    S1 23-CR-396 (JMF)
:
JOSEPH MALVASIO, a/k/a "Joe Cohen,"                                    :    SCHEDULING ORDER
GREGG MARCUS, a/k/a "Gregg Pierce," and                                :
CHRISTOPHER POLK, a/k/a "Myron Miles,"                                 :
:
    Defendants.                                        :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of the weather forecast, the conference previously scheduled for January 26, 2026, is RESCHEDULED to **January 29, 2026**, at **3:30 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

    In its letter of January 21, 2026, the Government advises that it is conducting a review of the "Additional Victim and Witness Materials" and anticipates "providing additional guidance to the defendants later this week identifying which of the Additional Victim and Witness Materials it believes constitute Rule 16 material that were not previously produced to the defense." ECF No. 173, at 2-3. No later than **January 27, 2026**, the Government shall file a letter updating the Court on the results of its review. By the **same date**, counsel for Joseph Malvasio shall re-file Government Exhibit 2301 with the personal identifying information of any third parties redacted. *See* ECF No. 168-2; *see also* ECF No. 173, at 7 n.7.

    SO ORDERED.

Dated: January 23, 2026
       New York, New York
                                               JESSE M. FURMAN
                                               United States District Judge