UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
                                                                        :
         -v-                                                            :        23-CR-369 (JMF)
                                                                        :
JOSEPH MALVASIO, et al                                                 :        ORDER
                                                                        :
                  Defendants.                                           :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record at the conference held yesterday, trial in this case is adjourned to **June 8, 2026**, at **9:30 a.m.**, and the final pretrial conference is adjourned *sine die*. The new trial is a FIRM date — and will not be further adjourned. No later than **February 2, 2026**, the parties shall confer and file a joint letter proposing pretrial deadlines, all of which are vacated pending that letter.

      The Clerk of Court is directed to terminate ECF Nos. 151, 153, 155, 161, 168, 169, and 179, all of which were resolved on the record at the conference held yesterday.

      SO ORDERED.

Dated: January 30, 2026
       New York, New York
                                          _____
                                               JESSE M. FURMAN
                                           United States District Judge