

One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
tel: +1 (212) 321-0510

www.eljnlaw.com

Ilene Jaroslaw
ijaroslaw@eljnlaw.com
Direct: +1 (917) 763-9852

February 4, 2026

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

    Re:    *United States v. Malvasio et al.*, 23 Cr. 396 (S-1) (JMF)

Dear Judge Furman:

    This letter is submitted on behalf of Mr. Marcus to apprise the Court of a recent development regarding potential witness James Joseph. Mr. Joseph had represented Mr. Marcus, Mr. Malvasio, and Global Capital Partners Fund in connection with several arbitrations with loan applicants, arbitrations in which the defendants and their company prevailed.

    Following the court hearing in this case on January 29, 2026, the defense considered additional factors surrounding the decision to call Mr. Joseph. On February 2, 2026, all parties in the case conferred about pretrial matters. We asked the Assistant U.S. Attorneys to refrain from reviewing attorney-client privileged material for another day while we reconsidered our decision to call Mr. Joseph as a witness. They graciously agreed.

    Yesterday, we advised the government that we no longer intend to call Mr. Joseph and thus do not waive the privilege. We intend to submit evidence of the arbitral awards in another manner.

    Respectfully submitted,

    ELLIOTT LEVINE JAROSLAW NEILS LLP

    By:    Ilene Jaroslaw

cc:  All counsel via ECF