

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 27, 2026

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Malvasio, et al.*, **S1 23 Cr. 396 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter-motion requesting ten additional pages for its motion *in limine*, which would increase the page limit from twenty-five pages to thirty-five pages. Defendants Malvasio and Marcus, through counsel, consent to this request, and defendant Polk takes no position.

.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____
    Adabelle U. Ekechukwu
    Patrick Gallagher
    Micah F. Fergenson
    Georgia V. Kostopoulos
    Assistant United States Attorneys

cc:  All counsel of record (by ECF)