# Exhibit A

| | |
|---|---|
| **From:** | George Major |
| **To:** | Minsky, Craig A. (NY) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - Documents - Polk |
| **Date:** | Thursday, February 29, 2024 12:22:55 PM |
| **Attachments:** | Ex. 24 - NFG Takeout wire transfer document.pdf |
| | Ex. 6 - NFG Asset Holdings, LLC extension letter.pdf |
| | R.9 12 5 22 Takeout Commitment By National Commerical Mortgage, Inc._33290294.pdf |
| | 100623CP - FULL.pdf |
| | 100623CP - EX - 7.pdf |
| | 100623CP - EX - 8.pdf |
| | 100623CP - EX - 9.pdf |
| | 100623CP - EX - 1.pdf |
| | 100623CP - EX - 2.pdf |
| | 100623CP - EX - 3.pdf |
| | 100623CP - EX - 4.pdf |
| | 100623CP - EX - 5.pdf |
| | 100623CP - EX - 6.pdf |

George T. Major, Jr.

Partner



218 West State Street (31401)

P.O. Box 10186

Savannah, Georgia 31412

(912) 236-3311 *telephone*

(912) 236-8725 *facsimile*

**GOVERNMENT EXHIBIT JR-139**

23 Cr. 396 (JMF)

USAO_00287052

**AAA ARBITRATION**

NFG ASSET HOLDINGS, LLC,       )

                    )

    Petitioner,             )

                    )

v.                        )     File No.: 01-23-0000-6151

                    )

COMMERCIAL PRIVATE EQUITY, LLC,   )

                    )

    Respondent.          )

                    )

**NOTICE TO TAKE VIDEO-TAPED 30(b)(6) DEPOSITION OF COMMERCIAL PRIVATE EQUITY, LLC**

TO:    David Ghattas
        115 Foal Drive
        Roswell, GA 30076
        Dghattas1@aol.com

You are hereby notified that on October 6, 2023, at 10:00 AM via Zoom, counsel for Petitioner NFG Asset Holdings, LLC, will proceed to take the video-taped deposition by stenographic means of Respondent Commercial Private Equity, LLC, upon oral examination. The deposition will be taken before an officer duly authorized to take depositions, will be upon cross examination, and will continue from day to day until its completion. The deposition will be taken by stenographic, audio, and visual means as permitted by the Georgia Civil Practice Act. Respondent Commercial Private Equity, LLC, is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf to the matters set forth in the attached "Schedule A." Pursuant to O.C.G.A. § 9-11-45, Respondent Commercial Private Equity, LLC, is required to bring the items set forth in the attached "Schedule B."



**PLAINTIFF'S EXHIBIT** TEB

1

100025 PDK

PENGAD 800-631-6989

Respectfully submitted this 2nd day of October, 2023.

OLIVER MANER LLP


/s/ George T. Major___
WILLIAM J. HUNTER
Georgia Bar No. 141288
GEORGE T. MAJOR, JR.
Georgia Bar No. 619608

218 West State Street
P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311
(912) 236-8725 *facsimile*
bhunter@olivermaner.com
gmajor@olivermaner.com

*Attorneys for Claimant*

2

USAO_00287054

## SCHEDULE A – TOPICS OF TESTIMONY

1. Your responses to Petitioner's Interrogatories.
2. Your efforts to gather documents and information responsive to Petitioner's Request for Production of Documents.
3. The identities of all persons employed by Commercial Private Equity, LLC ("CPE") as of November 28, 2022.
4. The identities of all persons owning any interest in CPE as of November 28, 2022.
5. Joe Cohen's role at CPE.
6. Christopher Polk's role at CPE.
7. Your communications with NFG Asset Holdings, LLC ("NFG") and its representatives regarding a loan to NFG for its purchase of real property located at 3869 Texas State Highway 103 E., Lufkin, Texas.
8. Work performed by CPE on the loan file for NFG's intended purchase of real property located at 3869 Texas State Highway 103 E., Lufkin, Texas.
9. CPE's payments to any other person or entity which relates in any way to NFG's intended purchase of real property located at 3869 Texas State Highway 103 E., Lufkin, Texas, the underwriting of a loan by CPE to NFG for said purchase, and/or your efforts to fund said loan.
10. All communications between CPE and any third parties relating to NFG's intended purchase of real property located at 3869 Texas State Highway 103 E., Lufkin, Texas, the underwriting of a loan by CPE to NFG for said purchase, and/or your efforts to fund said loan.
11. Your efforts to comply with your obligations set forth in the Loan Commitment dated November 28, 2022.
12. Your relationship with National Mortgage Company, LLC and National Commercial Mortgage, Inc.
13. All payments by CPE to National Commercial Mortgage, Inc. and/or National Mortgage Company, LLC which relate in any way to NFG and/or NFT's intended purchase of real property located at 3869 Texas State Highway 103 E., Lufkin, Texas.
14. Your request for NFG to pay $48,895.00 for an appraisal of the real property located at 3869 Texas State Highway 103 E., Lufkin, Texas.
15. Your contention that the property located at 3869 Texas State Highway 103 E., Lufkin, Texas is contaminated with asbestos.
16. Your contention that the property located at 3869 Texas State Highway 103 E., Lufkin, Texas requires asbestos abatement.
17. Your contention that the presence of asbestos on the property located at 3869 Texas State Highway 103 E., Lufkin, Texas affected the value of the property and/or CPE's obligation to fund a loan for the purchase of said property.
18. All sources from which CPE intended to secure funds for its loan to NFG for NFG's purchase of real property located at 3869 Texas State Highway 103 E., Lufkin, Texas.
19. The hedge fund referenced by CPE's representatives as CPE's source of capital during CPE's discussions with NFG's representatives.

3

USAO_00287055

## SCHEDULE B – DOCUMENTS TO BE PRODUCED

To the extent not already produced by CPE as part of its document production in response to NFG's Request for Production of Documents to CPE, please produce the following:

1.  All documents referenced by CPE in determining which person(s) to designate to testify on its behalf for this 30(b)(6) deposition.
2.  All documents referenced, reviewed, and/or relied upon by the person(s) designated to testify on your behalf as to the subject matters set forth in Schedule A.
3.  All documents which reference, pertain to, or relate to your contention that the property located at 3869 Texas State Highway 103 E., Lufkin, Texas is contaminated with asbestos.
4.  All documents relating to the underwriting of the loan to NFG for the purchase of the property located at 3869 Texas State Highway 103 E., Lufkin, Texas.
5.  Your entire file relating to NFG, the Loan Commitment dated November 28, 2022 between CPE and NGF, and/or the property located at 3869 Texas State Highway 103 E., Lufkin, Texas.
6.  All correspondence between you and any of your employees and/or representatives and any other person relating to NFG, the Loan Commitment dated November 28, 2022 between CPE and NGF, and/or the property located at 3869 Texas State Highway 103 E., Lufkin, Texas.

4

USAO_00287056

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and complete copy of the foregoing upon all parties by electronic mail to:

David E. Ghattas, Esq.
Law Offices of David E. Ghattas, P.C.
155 Foal Drive
Roswell, GA 30076
Dghattas1@aol.com

*Attorney for Respondent*

Respectfully submitted this 2nd day of October, 2023.

OLIVER MANER LLP

*/s/ George T. Major___*
WILLIAM J. HUNTER
Georgia Bar No. 141288
GEORGE T. MAJOR, JR.
Georgia Bar No. 619608

*Attorneys for Claimant*

218 West State Street
P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311
(912) 236-8725 *facsimile*
bhunter@olivermaner.com
gmajor@olivermaner.com

5

USAO_00287057

235 PEACHTREE ST., NE SUITE 403 | ATLANTA, GA 30303 | 404-301-8633 | CHRIS@COMMERCIALPRIVATEEQUITY.COM



*Commercial Private Equity*
Hard Money Made Easy

f @ ⚲

Home        Services        Apply Now        **About Us**        Blog        Sitemap

## ABOUT COMMERCIAL PRIVATE EQUITY



At Commercial Private Equity, we have made it our mission to make the real estate business safer for everyone by replacing the traditional financing model with a secured first mortgage at a low loan to value. Our processes are such that they manage to maintain a good rate of return, while also reducing risk as much as possible.

The management team at Commercial Private Equity has more than *75 years of experience* in the real estate market place, while gathering over *tens of millions of profits*. With the sub-prime mortgage crises in the late 2000's, residential commercial real estate collapsed and getting a residential construction loan in Atlanta, GA, became tough. The following credit crunch gave us the chance to manage a publicly held company. With the market rebounding, we feel that the time to start accumulating a great real estate portfolio with low risk is now.



  

Commercial Private Equity



PLAINTIFF'S
EXHIBIT *T&B*
2
*100623 Polk*
PENGAD 800-631-6989

At Commercial Private Equity, we have made it our mission to make the real estate business safer for everyone by replacing the traditional financing model with a secured first mortgage at a low loan to value. Our processes are such that they manage to maintain a good rate of return, while also reducing risk as much as possible.

The management team at Commercial Private Equity has more than *75 years of experience* in the real estate market place, while gathering over *tens of millions of profits*. With the sub-prime mortgage crises in the late 2000's, residential commercial real estate collapsed and getting a residential construction loan in Atlanta, GA, became tough. The following credit crunch gave us the chance to manage a publicly held company. With the market rebounding, we feel that the time to start accumulating a great real estate portfolio with low risk is now.

The senior partners at Commercial Private Equity have provided quality service to clients for years in funding non-conventional transactions. Having been *underwritten 100% by private funds*, we have the power to move forward on your transactions without getting approval from a 3rd party.

We have built our business philosophy on two ideas: to assist our clients in finding the most cost-effective source of gathering short-term capital and to help them *close quickly and efficiently*. By achieving these objectives, our senior partners have helped clients such as corporations, commercial property developers, brokers and private individuals *meet their financial objectives* via commercial hard money loan consultation in Atlanta, GA.

Our approach towards the real estate market is different than many others in the industry. We believe in being upfront with our clients, rather than drawing them in with unreal expectations that will only disappoint them initially. Once a client submits an application, we review it thoroughly and let the collateral dictate terms, which is how we're able to *deliver interest rates as little as 10%*. Our expertise lies in areas such as commercial bridge loans, hard money loans, acquisition, refinance and development, and construction transactions.

Our underwriting process is *simple, streamlined and normally takes only day*, due to the fact that we focus our resources on finding commercial properties that require financing at low loan-to-value ratios, and this type of loan can be passed off easily.

It doesn't matter if your request for financing through conventional sources was denied, simply fill out our application, and a dedicated representative will be in touch with you to tailor a financing solution suited to your need, be it a residential construction loan, or a hard money commercial construction loan in Atlanta, GA. Commercial Private Equity entertains loans requests of all sizes, provided that they are *beginning at $500,000*.





USAO_00287059

PLAINTIFF'S
EXHIBIT
3 TKB
100603 Polk

## AAA ARBITRATION

| | |
|---|---|
| NFG ASSET HOLDINGS, LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMERCIAL PRIVATE EQUITY, LLC, | ) |
| | ) |
| Respondent. | ) |
| | ) |

File No.: 01-23-0000-6151

### RESPONDENT'S VERIFIED ANSWERS TO PETITIONER'S FIRST INTERROGATORIES TO RESPONDENT

COMES NOW, COMMERCIAL PRIVATE EQUITY, LLC ("CPE") and files its Answers to Petitioner's First Interrogatories as follows:

### INTERROGATORIES

1. Identify all persons involved in propounding your responses to these Interrogatories and your responses to the Requests for Production served contemporaneously herewith by name, official title, home address, and telephone number.

   **ANSWER:**   David E. Ghattas, Attorney For Respondent CPE.

   Christopher Polk, Managing Director and CEO of CPE.  Mr. Polk will serve as the Respondent's 30(b)(6) representative.  He is a resident of Greene County, GA and contact with him may occur through counsel.

2. What are the names, places of employment, job titles or capacities, and last known whereabouts and contact information of all witnesses known to Claimant who have or claim to have knowledge of the matters complained of Petitioner's Demand for Arbitration

and Statement of Claim and/or any defense you intend to assert in this matter. With respect to each person, please state what knowledge or information you believe each person to have.

**ANSWER:** Christopher Polk facilitated the engagement with the Petitioner and its Broker. He was involved in the procurement of the Letter Of Intent and secured the Loan Commitment on behalf of CPE. CPE completed the loan/financing commitment with NFG with National Mortgage Company, LLC. The identification of an expert has not been determined and those issue remains reserved.

Other witnesses could include the Petitioner, its employees and broker.

3. Identify (by full legal name, home address, and home telephone number) each and every agent and/or employee of Respondent, Commercial Private Equity, LLC, who was in any way involved in handling, reviewing, calculating, adjusting, estimating, securing funds for, revising, or otherwise working in any way on the loan file at issue and for each such person identified, summarize their involvement and the work performed.

**ANSWER:** National Commercial Mortgage, Inc. was paid nearly $170,000.00 by CPE within 24 hours of the receipt of NFG's payment and acceptance of the Loan Commitment to be the direct/indirect Lender and to handle underwriting of the loan. (Note: the SunTrust wire documents have been requested from Truist and will be supplemented in the record)

USAO_00287061

4. Identify (by full legal name, business address, and business telephone number) the hedge fund referenced by you during discussions with Petitioner's representatives as your source of capital for making the loan at issue.

   **ANSWER:** CPE does not know the name of the Hedge Fund nor does it have a relationship with that funding entity. Inquiries are pending and this answer will be supplemented. National Commercial Mortgage Inc. is the primary lender however; additional financing are available as needed.

5. Identify (by full legal name, business address, business telephone number, and the full name(s) of your point(s) of contact) each and every person or entity from which you sought to secure capital for making the loan at issue to Petitioner.

   **ANSWER:** National Commercial Mortgage Inc., 1323 SE 17th Street, Suite 515 Fort Lauderdale FL 33316. Telephone number: (954) 767- 0025 is CPE's lender.

6. Identify (by full legal name, business address, business telephone number, and the full name(s) of your point(s) of contact) the appraiser which was going to or had performed an appraisal of the subject property at a cost of $48,895.00 as referenced in your December 13, 2022 correspondence to Petitioner.

   **ANSWER:** The Lender has a list of certified appraisers which it can draw from to complete the work however, the Petitioner refused to pay for the appraisal or proceed further so no appraiser was engaged.

USAO_00287062

7.  Other than NFG Asset Holdings, LLC, have any other borrowers or prospective borrowers or customers or prospective customers ever asked for or otherwise sought the return of any fees, deposits, or earnest monies from You whether formally, informally, or by legal action such as a lawsuit or demand for arbitration? If so, state the name and address of each such borrower, prospective borrower, customer, or prospective customer, the basis upon which you understand their request or demand for the return of any fees, deposits, or earnest monies were made, and whether any monies were returned by you.

**ANSWER:** CPE objects to Interrogatory Number 7 since is seeks information that is not material to the NFG transaction and it is grossly vague and ambiguous rendering CPE from making a clear response.

THIS 22nd day of August, 2023.

Respectfully submitted this 23rd day of August, 2023.

*/s/ David E. Ghattas,*
David E. Ghattas, Esq.

David E. Ghattas, Esq.
LAW OFFICES OF DAVID E. GHATTAS, P.C
155 Foal Drive
Roswell, Georgia 30076
Phone: (404) 643-1249
dghattas1@aol.com

USAO_00287063

## CERTIFICATE OF SERVICE

I hereby certified that I have this day served the above and foregoing document Respondent's Verified Answers to Petitioner's First Interrogatories To Respondent via email to the following:

George T. Major, Jr.
gmajor@olivermaner.com

This the 22nd day of August, 2023.

*/s/ David E. Ghattas,*
David E. Ghattas, Esq.
State Bar No. 292457

David E. Ghattas, Esq.
LAW OFFICES OF DAVID E. GHATTAS, P.C
155 Foal Drive
Roswell, Georgia 30076
Phone: (404) 643-1249
dghattas1@aol.com

USAO_00287064

## AAA ARBITRATION

NFG ASSET HOLDINGS, LLC,      )
        )
    Petitioner,        )
        )
    v.        )      **File No.: 01-23-0000-6151**
        )
COMMERCIAL PRIVATE      )
EQUITY, LLC,        )
        )
    Respondent.        )

## VERIFICATION

Personally, appeared before me the undersigned, Christopher Polk who, after being duly sworn, state(s) that the facts set forth in the foregoing Respondent Commercial Private Equity, LLC Answers to Petitioners First Interrogatories are true and correct.

This __23rd__ day of August 2023.

_____
Christopher Polk

Sworn to and subscribed
before me this 23 day of August 2023

_____
NOTARY PUBLIC
My Commission Expires: 2/5/27

JENNIFER W. TOOMEY
NOTARY
EXPIRES
GEORGIA
2/5/2027
PUBLIC
GREENE COUNTY

USAO_00287065