# Exhibit B

# National Commercial Mortgage Inc.

*Direct Lenders Nationwide*

March 24, 2023

**By e-mail**

Commercial Private Equity
1075 Peachtree Street NE Suite 3650
Atlanta GA 30309

**Subject: First Mortgage Loan, Table Funding, 6801 Telegraph Rd. Alexandra VA**

Dear Sirs,

We are pleased to inform you that we will commit to referenced project to fund Eight Million Dollars ($8,000,000). Based on the following terms and conditions.

**TERMS & CONDITIONS:**

| | |
|---|---|
| 1. Gross Loan Amount: | $8,000,000 (USD). |
| 2. Term: | 24 months with one 12-month extension for 1% cost. |
| 3. Guarantors: | Yes. |
| 4. Repayment Amount: | $8,000,000 (interest paid monthly). |
| 5. Prepayment Penalty: | 5%, none after 6 months of timely payments |
| 6. Interest: | Up to, but not to exceed 9.9% per anum, fixed at closing for 24 months. |
| 7. Collateral: | First lien of the property known as Table Funding, 6801 Telegraph Rd. Alexandra VA |

Initials _____

**1323 SE 17th Street, Suite 515, Fort Lauderdale FL 33316**
**Phone: 954 767 0025 ext. 1002 • e-mail joem@commercialfundinginc.com**

**Commercial Private Equity**
**March 24, 2023**
**Page Two**

8.  Points:

3% of the gross moneys funded which equals $240,000. This fee is payable in the following manner: $15,000(USD) paid, which is deemed earned. $80,000 (USD), due and payable upon issuance of this agreement, this fee in non-refundable. The balance, which equals $145,000 (USD) is payable at closing.

9.  Loan Closing:

Closing will take place prior to 5-9-23 at the expiration of which lenders obligation under this agreement shall become null and void unless extended in writing by National Commercial Mortgage Inc.

Additional Stipulations:

a. All payments to be made in US Currency
b. Receipt and review of Lender ordered MAI appraisal showing satisfactory value.
c. Receipt and review of Title Report and legal opinion on same.
d. Legal opinion on all related documentation.
e. Appropriate Insurance protecting National Commercial Mortgage Inc interest in the property
f. This document is subject to change, but may only be done so in writing, and approved by all parties.
g. Closing to take place at National Commercial Mortgage Inc.'s place of business or any other place designated by lender.
h. Compliance of all requirements of the mortgage, investor conditions, secondary market approval, and Government Agencies where applicable, Take-out loan if applicable.
i. Your exact interest rate will be determined 3 business dates prior to closing.
j. This agreement is partially based on the information provided by the proposed borrowers or their representatives, should any of the information be untrue and /or misstatements we shall not be obligated to proceed, and all moneys received will be deemed earned as partial liquidated damages.
k. Lender's obligation hereunder shall in no event be assignable by you without our prior written consent in each instance.
l. All closing cost and escrow including, but not limited to taxes, fires insurance, and flood insurance (if required) will be deducted from proceeds of the mortgage.

Initials _____

**Commercial Private Equity**
**March 24, 2023**
**Page Three**

m. New fire insurance policy in the amount of $ TBD with extended coverage and a paid bill must be presented at closing. A binder will not be acceptable. The mortgage clause should read: National Commercial Mortgage Inc. its successors and assigns. The above amount may be less. If applicable.

n. There is no material variation at the time of closing from the information set forth in your application. You must execute your final typed application together with all necessary disclosures at closing.

O. Complete financial package on borrowers.

P. Maximum loan to value of 55%.

Borrower agrees that any claim for any reason against lender shall not be greater than any money received by lender. The parties agree that all agreements shall be governed and enforced in accordance with the laws of the State of New York. Should any dispute arise between the parties, all parties agree to arbitration by AAA in Nassau County State of New York and agree that this is the sole jurisdiction.

All work product remains the property of the lender.

Please sign this agreement and return to this office   As soon as we receive same, we will proceed. Borrower is responsible for payment of all third-party reports in advance.

If you have any questions, please contact me at the phone number listed below immediately. This agreement must be signed and returned no later than the close of business March 24, 2023.

Sincerely,

Joe Malvasio, President
National Commercial
Mortgage Inc.

Agreed and accepted:

X_____
Commercial Private Equity

# National Commercial Mortgage Inc.

*Direct Lenders Nationwide*

Wire instructions:

| | |
|---|---|
| **Bank:** | **Citibank** |
| **Address:** | **4881 Merrick Road** |
| | **Massapequa, NY 11758** |
| **ABA#:** | **021000089** |
| **Acc.#:** | **6869831350** |
| **Acc. Name:** | **National Commercial Mortgage Inc.** |

*1323 SE 17th Street, Suite 515 Fort Lauderdale FL 33316*
*954 767 0025  joem@commercialfundinginc.com*