# Exhibit C

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| Statement Date |
|---|
| 05-Nov-2022 |
| **Balance Currently Due** |
| $11,550.00 |
| **Case #** |
| 01-22-0000-6710-2-ET |

Case Manager: Eve Turner eveturner@adr.org
**Pay PIN**: 11856673

# Summary Invoice/Statement

James  Joseph, Esq.
Joseph, Terracciano & Lynam, LLP
2 Roosevelt Avenue
Suite 200
Syosset, NY 11791

**Representing:  Global Capital Partners Fund, LLC**

Re:  We Would Agricultural Holdings LP
Vs.
Global Capital Partners Fund, LLC

| Statement Date | Case # | Previous Balance | Credits/Cancellations | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 05-Nov-2022 | 01-22-0000-6710 | $11,550.00 | $0.00 | $0.00 | $11,550.00 |

| Bill Line Date | Bill Line # | Description | Amount | Credits/ Cancellations | Balance | Due Date |
|---|---|---|---|---|---|---|
| 19-Jul-2022 | 13493253 | Your share of Arbitrator's Compensation for four days of Hearing and Award - DUE December 2, 2022 | $11,550.00 | $0.00 | $11,550.00 | 19-Jul-2022 |
| 19-Jul-2022 | 13493245 | Your share of Arbitrator's Compensation for preliminary matters - DUE August 19, 2022 | $5,500.00 | $5,500.00 | $0.00 | 19-Jul-2022 |
| 23-Jun-2022 | 13476995 | Your Share of the Arbitrator's Initial Compensation Deposit covering 4 hours of preliminary hearing matters due on or before July 7, 2022 | $950.00 | $950.00 | $0.00 | 23-Jun-2022 |

| Statement Balance | Balance Currently Due |
|---|---|
| $11,550.00 | $11,550.00 |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

**AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| Statement Date |
|---|
| 05-Nov-2022 |
| **Balance Currently Due** |
| $11,550.00 |
| **Case #** |
| 01-22-0000-6710-2-ET |

Case Manager: Eve Turner eveturner@adr.org
**Pay PIN**: 11856673

# Payment Options

## Paying by Credit Card or eCheck

To pay with a credit card or eCheck online, go to www.adr.org, click on "*File or Access your Case*" and then select "*Quick Pay an Invoice*" and use this **Pay PIN**: **11856673**. Please note that, beginning October 2022, where permitted by law, a 3.5% processing fee will be assessed on payments made by credit card; all such processing fees are non-refundable, regardless of whether AAA fees or compensation or expense deposits are later refunded in full or in part.  Please note that we no longer accept the American Express card.  There is no processing fee for payments made by echeck or debit cards.

## Wire Transfer

As information transmitted by the bank is often truncated due to limited space, please email your reference information (Case #/Bill Line #/Program #/Party Name) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly (e.g. 011400021841 P1 or #1234567 P2 or EDU1234). Please email as follows:

For active cases: send to your AAA case representative and  corpfinance@adr.org
For new filings (where your case number is not known): send to  casefiling@adr.org and corpfinance@adr.org

FOR WIRES / ACH / EFT
       **Name of Bank:** Wells Fargo Bank
       **Address:**  150 East 42nd Street, 24th FL., New York, NY 10017, USA
       **Account Name:** AAA/American Arbitration Association
       **Account Number:** 2000017952068
       **ABA/Transit Number:** 121000248
       **Reference:** Case # and Bill Line #/Party Name; or Program # (as applicable)
       **Swift Code/BIC:** WFBIUS6S

Note: Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

## Paying by Check

Please return this page with your payment (please indicate the Case # on the check) to:

       1301 Atwood Avenue
       Suite 211N
       Johnston, RI 02919
       Telephone: (866)293-4053
       Fax: (866)644-0234

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745