# Exhibit D

# JOSEPH TERRACCIANO & LYNAM LLP
### ATTORNEYS AT LAW
2 ROOSEVELT AVENUE, SUITE 200
SYOSSET, N.Y. 11791
(516) 496-0202
FACSIMILE: (516) 921-7785
WWW.JTESQS.COM

JAMES N. JOSEPH, ESQ.
PETER J. TERRACCIANO, ESQ.
JANINE T. LYNAM, ESQ.

SETH A. ESCHEN, ESQ.
OF COUNSEL

April 14, 2023

Global Capital Partners Fund LLC
274 Madison Avenue
New York, NY 10016
Att.: Joe Malvasio/Gregg Marcus Via
Email

Re:    **Global Capital Partners Fund LLC w. We Would Agricultural Holdings LP**

**Invoice #   32383**

*For Professional Services Rendered*

|  |  | Hours | Amount |
|---|---|---|---|
| 11/9/2022 | Receipt and review of email with Arbitrator Cherico's Discovery Order; cross-referenced same against dispute documents; email to Joe and Gregg with copy of Order and request for deposition date availability; re-calandered discovery and deposition compliance dates; | 0.30 | |
| 11/10/2022 | Drafted letter to Arbitrator in accordance with clients directives refusing depositions; researched rules of commercial arbitration with AAA; ██████████████ ████████████ | 1.40 | |
| 11/11/2022 | Revised letter with additional citation to AAA Rules regarding depositions; | 0.30 | |
| 11/14/2022 | ███████████████████████ finalized letter to Arbitrator Cherico; scanned and emailed letter to Eve Turner, AAA; | 0.20 | |
|  | Receipt and review of emails from Eric Edison, Esq. and Eve Turner, AAA in response to letter; | | NO CHARGE |
| 11/16/2022 |  | | |
|  | Receipt and review of email from Eve Turner, AAA with correspondence from Arbitrator Cherico about scheduling telephone conference with availability; Receipt and review of email from Eric | 0.20 | |

Global Capital Partners Fund LLC

Page    2

|  | **Hours** | **Amount** |
|---|---|---|

Edison, Esq. regarding scheduling and counterproposed time and date; email to Eve Turner with availability'

| Date | Description | Hours |
|---|---|---|
| 11/17/2022 | Review and organization of file documents for supplemental discovery; | 0.20 |
| | ███████████████████████████████████████ | 0.30 |
| | Review of Arbitrators Discovery Order with respect to limitations on required discovery responses; drafted Supplemental Response to Petitioners Document Demands; ████████████████ ██████████; compiled documents in respective exhibits; prepared final Supplemental Response to Petitioners Document Demands with Exhibits for filing; | 1.00 |
| | various email correspondence with Eve Turner, AAA re: scheduling of conference with Arbitrator; | 0.20 |
| 11/18/2022 | Receipt and review of email from Eve Turner, AAA scheduling conference with Arbitrator Cherico for 11/21/22 at 10:00 a.m.; diaried date and time and phone conference loop  information; Email to Client re:  re: same; | 0.20 |
| 11/21/2022 | Preparation for Conference with Arbitrator regarding depositions; Discovery Conference call and hearing on dispensing with depositions; Telephone call with Joe re: outcome of hearing; | 1.30 |
| | Receipt and review of Arbitrator Cherico's Order regarding depositions; emailed same to Joe and Gregg; Telephone call with Gregg; | 0.20 |
| | Receipt and review of email from Eric Edison, Esq. re: deposition dates; email to Joe and Gregg re: same; | 0.10 |
| 11/22/2022 | Receipt and review of email from Joe re: unavailability for depositions; | NO CHARGE |
| 11/23/2022 | Email to Eric Edison, Esq. re: client unavailability for depositions and request for extension; | 0.20 |

USAO_FT_JM_00110881

Global Capital Partners Fund LLC                                                                Page    3

|  |  | Hours | Amount |
|---|---|---|---|
| 11/23/2022 | Email to Arbitrator Cherico and Eric Edison, Esq. re: client unavailability for depositions and request for extension to Dec. 10, 2022; | 0.20 | |
| | Receipt and review of responsive email from Eric Edison, Esq. re: extension; | 0.10 | |
| | Receipt and review of email from Arbitrator Cherico re: extended time for depositions to December 23, 2022; emails with Eric Edison, Esq. re: scheduling; email to clients re: same; | 0.20 | |
| 11/28/2022 | Receipt and review of email from Joe with deposition dates; Telephone call with Gregg re: deposition dates; email to Eric Edison, Esq. with proposed deposition dates; | 0.30 | |
| 11/29/2022 | Receipt and review of email from Eve Turner, AAA with trial invoice; forwarded same to clients; | NO CHARGE | |
| 12/6/2022 | Email exchange with Eric Edison, Esq. re: deposition scheduling; | 0.20 | |
| 12/7/2022 | Emails with Eric Edison, Esq. re: followup on depositions;l | 0.10 | |
| 12/8/2022 | Receipt and review of emails from Eric Edison, Esq. re: extension of time for depositions and expert disclosure; responsive email; Telephone call with Joe - l/m; | 0.20 | |
| | Telephone call with Joe re: discussed Edison's request for extension of time to conduct depositions and identify experts; | 0.10 | |
| 12/9/2022 | Email correspondence with Eric Edison, Esq. re: discussion concerning adjournment of depositions and other scheduling; | 0.20 | |
| 12/12/2022 | Telephone call with Gregg re: adjournment of depositions; email to Eric Edison, Esq. re: Gregg's agreement to adjourn depositions and suggestion that Arbitrator be contacted promptly with regard to adjournments requested; | 0.20 | |
| 12/19/2022 | Receipt and review of email from Eric Edison, Esq. with proposed joint letter to Arbitrator Cherico regarding extension of time to complete depositions and discovery; reviewed letter and requested adjustments before sending; Receipt and review of revised letter; | 0.20 | |
| 12/20/2022 | Status Conference and scheduling hearing with Arbitrator Cherico, Eric Edison, Esq. and Marlaina, AAA; discussed status of depositions, remaining discovery and timetables and matters in which | 0.50 | |

USAO_FT_JM_00110882

Global Capital Partners Fund LLC                                                    Page    4

|  | | **Hours** | **Amount** |
|---|---|---|---|
| | the parties are to meet and confer on with respect to pre-trial and trial; Receipt and review of email letter from Arbitrator Cherico memorializing extension and topics for resolution at next conference; scheduled followup conference for 1/12/23; email to Joe and Gregg re: same; | | |
| 1/9/2023 | Email to Eric Edison, Esq. re: follow up on deposition scheduling; | 0.10 | |
| 1/12/2023 | Preparation for conference call with Arbitrator Cherico; Conference call with AAA, Arbitrator Cherico and Eric Edison, Esq. re: discussed status of depositions, pretrial exchanges, hearing on venue for trial and dates; Receipt and review of post call email from Arbitrator Cherico re: same, emailed same to clients; Telephone call with Gregg re: results of call; | 0.80 | |
| 1/23/2023 | Receipt and review of correspondence from Eve Turner, AAA re: status of scheduling of dates for Witness lists, Exhibits, Stipulated Facts, etc. and any need for arbitrator intervention; email to Eric Edison, Esq. re: requests for discussion regarding same; | 0.20 | |
| 1/27/2023 | Email to Eric Edison, Esq. re: attempt to confirm deposition of Joe Malvasio on 1/30 or 1/31; Receipt and review of responsive email proposing different dates; | 0.20 | |
| 1/31/2023 | Email exchange with Joe re: dates of availability for adjourned deposition; emails with Eric Edison, Esq. re: same; | 0.20 | |
| 2/3/2023 | Emails with Eric Edison, Esq. re: trial date and deposition follow up; | 0.20 | |
| 2/7/2023 | Receipt and review of email received from Arbitrator Cherico re: confirmation of trial schedule and discovery compliance; Receipt and review of email from Eric Edison, Esq. re: same; Telephone call with Eric Edison, Esq. - l/m; | 0.20 | |
| 2/10/2023 | Receipt and review of emails from Eric Edison, Esq. to Arbitrator Cherico and to me regarding discovery schedule and depositions, his request for extension; email to Eric Edison, Re: same; | 0.30 | |
| 2/15/2023 | Receipt and review of email from Marlaina Moran, AAA re: follow up on discovery and depositions; | 0.10 | |

USAO_FT_JM_00110883

Global Capital Partners Fund LLC                                                                     Page    5

|  |  | Hours | Amount |
|---|---|---|---|
| 2/27/2023 | Receipt and review of email from Petitioners counsel re: alternate availability for depositions; Receipt and review of Telephone call from secretary of Eric Edison, Esq. re: same; email to Joe and Gregg re: alternate dates; | 0.20 | |
| 3/3/2023 | Telephone calls with client l/m; | | NO CHARGE |
| | Receipt and review of emails from Eric Edison, Esq. re: follow up on depositions; responsive email; | 0.20 | |
| 3/7/2023 | Receipt and review of emails from Eric Edison, Esq. and AAA re: depositions and open invoice; Telephone call with Joe re: status and availability for deposition; | 0.20 | |
| 3/13/2023 | Various email correspondence with Eve Turner, AAA and Eric Edison, Esq. re: Arbitrator Cherico calling for status conference and scheduling; Receipt and review of email from Eve Turner, AAA with scheduled date of 3/16/23 at 3 pm for Arbitrator meeting with Zoom link; | 0.20 | |
| 3/16/2023 | Receipt and review of email from Eric Edison, Esq. with proposed revision of discovery schedule and trial dates; Telephone call with Joe -l/m; | 0.20 | |
| | Reviewed file and pulled prior discovery schedule and other relevant dates/deadlines; Telephone call with Eric Edison, Esq. re: discussed his email and schedule changes; | 0.60 | |
| | Receipt and review of Edison letter to Arbitrator Cherico; Conference call with AAA, Arbitrator Cherico and Eric Edison, Esq. to discuss status of discovery and rescheduling of compliance dates/trial; new agreement on dates and Arbitrators requirements; | 0.30 | |
| 3/17/2023 | ██████████████████ transmitted copies of Order and other relevant communications with dates and deadlines; | 0.10 | |
| 3/24/2023 | Receipt and review of emails from Eric Edison, Esq. re: depo dates 4/21, 4/24 and 4/25; | 0.10 | |
| 3/29/2023 | Receipt and review of email from Eric Edison, Esq. to Arbitrator Cherico re: scheduling conference for Respondents failure to set depositions; ██████████████ | 0.10 | |

USAO_FT_JM_00110884

Global Capital Partners Fund LLC                                                   Page    6

|  |  | Hours | Amount |
|---|---|---|---|
| 3/30/2023 | Telephone call with Joe re: deposition dates; | 0.20 |  |
|  | Receipt and review of email from Arbitrator Cherico re: scheduling of conference to discuss failure to schedule deposition dates; email to Eric Edison, Esq. with dates provided by Joe; | 0.20 |  |
| 3/31/2023 | Email to Arbitrator Cherico, Eric Edison and AAA re: dates provided to Edison to obviate conference; | 0.10 |  |
| 4/4/2023 | Email to Eric Edison, Esq. re: follow up on commitment to deposition dates; | 0.10 |  |
| 4/11/2023 | Receipt and review of email from Eric Edison, Esq. with new proposed dates of availability for deposition and request for scheduling; correspondence with Joe re: his vacation schedule; | 0.10 |  |
| 4/13/2023 | Receipt and review of correspondence from AAA re: invoice; advanced same to client; |  | NO CHARGE |
|  |  | **13.80** | **$4,071.00** |
|  | **Previous balance** |  | **$8,289.50** |
| 12/23/2022 | Payment - Thank You |  | **($8,289.50)** |
|  | **Total payments and adjustments** |  | **($8,289.50)** |
|  | **TOTAL AMOUNT DUE** |  | **$4,071.00** |

USAO_FT_JM_00110885