# Exhibit E

# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. McCORMICK***
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
RICHARD M. BRESLOW
BARRY M. KAZAN*
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
ANDREW R. GOTTESMAN
MATTHEW S. SEMINARA
RYAN W. LAWLER*
ADAM K. BRODY
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE
CARLI M. ABERLE

**600 THIRD AVENUE**
**25TH FLOOR**
**NEW YORK, NEW YORK 10016**

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

*SENIOR COUNSEL*

JACK A. HORN
NOREEN E. COSGROVE
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

*OF COUNSEL*

HONORABLE VITO J. TITONE *(dec.)*
   (NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ *(dec.)*
HONORABLE HOWARD MILLER
   (NY Appellate Div. 1999-2010 [ret.])
ERIC M. KUTNER
MARC B. SCHLESINGER*
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
   COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
   IN NEW YORK CITY

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA
***ALSO ADMITTED IN CALIFORNIA

August 4, 2021

**VIA E-MAIL & FEDERAL EXPRESS – anastascenter@gmail.com**
Anasta's Center LLC
100 Town Hall Drive
Hudson New York 12534



> Re:   Breach of Contract, Fraud, False and Defamatory Reviews of Global
>        Capital Partners LLC

Dear ███████████:

This firm represents Global Capital Partners Fund LLC ("Global Capital") and its president, Joseph Malvasio. We write to you in connection with Global Capital's $1,100,000 loan commitment to Anasta's Center LLC, guaranteed by ████████████████████████ and ████████████████████████ for the development of a property known as 100 Town Hall Drive, Hudson New York 12534. We write in connection with your breach of contract terms, fraudulent inducement, defamation, and tortious interference with Global Capital's business. **As a preliminary matter, we demand that you withdraw the false and defamatory review posted**

MINTZ & GOLD LLP
ATTORNEYS AT LAW

August 4, 2021
███████████████████████
Page 2

**on the Better Business Bureau website, and any other false reviews, no later than Friday August 6.  If you do not do so or communicate with us by that date, we will advise our client to file a lawsuit to protect its interests.**  That review has caused and is continuing to cause ongoing harm to our clients, and we are prepared to immediately enforce their rights in court if necessary.

On or about September 4, 2020, you submitted a loan application to Global Capital representing the undeveloped value of the property as $500,000.  Based on the apparently false representations made in the loan application and in discussions with Global Capital, Global Capital provided you with a letter of intent that you executed on or about March 22, 2021.  On or about March 30, 2021, you executed a commitment contract for a $1,100,000 loan from Global Capital to Anasta Center LLC, personally guaranteed by you both.  You then proceeded to breach certain terms of that contract, including but not limited to, refusing to provide necessary documentation.  Despite being warned not to try to influence the lender ordered appraisal, we understand that you also interfered with the appraisal process and attempted to have the appraisal based on incomparable properties hundreds of miles away in a failed effort to meet the loan commitment requirements.

Outrageously, you then attempted to extort our clients into a refund and intentionally posted a false and defamatory review on the Better Business Bureau website in an attempt to tortiously interfere and harm Global Capital's business.  That review is filled with statements that are defamatory per se, including the false and damaging suggestion that Global Capital "is a scam and is also engaging in illegal activities."  Your review also suggests that Global Capital fees are excessive and not "standard," despite knowing that there was no written provision for any "standard" fee.  You also personally defamed Joe, the president of Global Capital, by publicly and falsely stating that he reviewed a draft appraisal report and "tried to coerce a lower value."  You also falsely stated that "Joe told me my draft value was over 2 million and that is the reason why he refuses to accept the appraisal."  Not only are these statements defamatory on their face, but the conclusion of your review, urging others to "not sign any contract with this company and run far away from them" leaves no doubt that you sought to inflict damage by tortiously interfering with Global Capital's business.

Our clients are prepared to enforce their rights and seek both monetary and injunctive relief.  However, in the interests of resolving the dispute quickly and without litigation expense to all parties, our clients are willing to drop the matter, except for the negative review that continues to damage our clients' reputations and must be withdrawn immediately.  This offer is made for settlement purposes only.  **This letter is not intended as an exhaustive recitation of our clients' rights or the claims we will assert in court against Ansata Center LLC and against you personally if you do not comply and immediately withdraw the review no later than Friday, August 6.**

MINTZ & GOLD LLP
ATTORNEYS AT LAW

August 4, 2021

██████████████████████

Page 3

Finally, although you already were under such an obligation, to the extent you have not already done so, ████████████████, Anasta Center LLC, and all persons or entities under their control, must preserve, retain, and not destroy or permit the destruction of any documents conceivably related to these disputes, which may need to be produced in litigation. You are required to ensure that all documents – including electronic documents and data – potentially relevant to this matter are identified, preserved and kept available for potential disclosure in litigation against ████████████████ personally, and against Anasta's Center LLC. This duty includes the prevention of any manual or automatic deletion or overwriting of electronic data, including but not limited to e-mails, text messages, messages, app-based messaging, or electronically stored data of any kind, whether stored locally or on a server or a third-party cloud-based service. You should share this directive with all relevant employees, contractors, agents, and necessary technology staff or providers.

Potentially relevant documents include, but are not limited to:

a.  All documents relating Global Capital, including all communications with Global Capital or any employee, agent, or third party, including but not limited to any appraiser hired by of Global Capital;

b.  All documents relating to the purchase and development of 100 Town Hall Drive, Hudson New York 12534, including the value of that property, anticipated costs of such development and anticipated value of the completed developed property;

c.  All documents relating to 100 Town Hall Drive, Hudson New York 12534, including the financing for the purchase and development of that property and including all communications with any other lenders or parties associated with potential financing of the property or its development;

d.  All documents relating to all loans and all appraisals for any property in which ████████████ ████████████ or Anasta's Center LLC, or any related persons or entities, have any interest, including but not limited to 100 Town Hall Drive, Hudson New York 12534; and

e.  All documents relating to the statements made in the Better Business Bureau review, including but not limited to all documents tending to prove or disprove the statements in that review.

Failure to comply with the legal obligation to identify, retain and preserve such documents could result in liabilities and penalties, including but not limited to sanctions for spoliation of evidence, attorneys' fees and costs.


MINTZ & GOLD LLP
ATTORNEYS AT LAW

August 4, 2021

████████████████████████

Page 4

If the review has not been removed or if we do not hear from you by **Friday, August 6**, we will assume you are not interested in settling these disputes amicably, and we will proceed accordingly. This letter is not intended to be a complete statement or waiver of our clients' rights, remedies, or damages, all of which are expressly reserved.

Very truly yours,

/s/ Peter Guirguis

Peter Guirguis