# Exhibit I

| | |
|---|---|
| **From:** | Noam Greenspan |
| **To:** | Kostopoulos, Georgia (USANYS); Ilene Jaroslaw; Sam Talkin; maxn@maxnicholasllc.com; "Sara Probber"; garyfesq@aol.com; jkaley@doarlaw.com |
| **Cc:** | Jakka, Saadhi (USANYS) [Contractor]; Gallagher, Patrick (USANYS); Ekechukwu, Adabelle (USANYS); Fergenson, Micah (USANYS) |
| **Subject:** | [EXTERNAL] RE: US v. Malvasio, 23 Cr. 396 (JMF), production of non-privileged documents |
| **Date:** | Friday, April 10, 2026 5:08:04 PM |
| **Attachments:** | Filter Team Production Metadata and Priv Calls.xlsx |

Georgia,

We do not see a connection between the potential admission of non-privileged arbitration awards issued by non-parties to this action and your request.  Nor have you stated a valid legal basis entitling the government to a privilege log. Nevertheless, attached is a spreadsheet with metadata and privilege calls for the documents in the Filter Team Production, which we believe adequately addresses your concerns. Please note that "Not Privileged" indicates that the document was produced, "Privileged" indicates that the document was withheld, and "Privileged - Needs Redaction" means that the document was produced but that one of the documents in the family was redacted.

The basis for all of the information withheld is attorney-client privilege, though we reserve our right in the future to assert the attorney work product doctrine and any other applicable privilege relating to the documents and to assert privilege over any documents or information inadvertently produced. The assertion of privilege for documents relating to GCPF is on behalf of Messrs. Marcus and Malvasio and the corporate entity, GCPF. The assertion of privilege for documents relating to Harbor/CPE is on behalf of Mr. Malvasio.

Regards,
Noam

---

**From:** Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>
**Sent:** Wednesday, April 8, 2026 1:14 PM
**To:** Noam Greenspan <ngreenspan@talkinlaw.com>; Ilene Jaroslaw <ijaroslaw@ekljnlaw.com>; Sam Talkin <samt@talkinlaw.com>; maxn@maxnicholasllc.com; 'Sara Probber' <sprobber@ekljlaw.com>; garyfesq@aol.com; jkaley@doarlaw.com
**Cc:** Jakka, Saadhi (USANYS) [Contractor] <Saadhana.Jakka@usdoj.gov>; Gallagher, Patrick (USANYS) <Patrick.Gallagher@usdoj.gov>; Ekechukwu, Adabelle (USANYS) <Adabelle.Ekechukwu@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>
**Subject:** RE: US v. Malvasio, 23 Cr. 396 (JMF), production of non-privileged documents

Counsel,

We've reviewed your March 24th production of certain non-privileged communications as to Mr. Marcus and Mr. Malvasio and have identified a number of documents that are redacted without any identified basis for that redaction.  Additionally, your production (in turn) is only a

fraction of the filtered production that we made to you.  To date, the defendants have not identified any grounds for withholding in full the remaining documents, or whether the defendants have additional documents that have not been produced as Rule 16 to the Government as part of the defendants' reciprocal discovery obligations.

Given that the defendants anticipate seeking to introduce evidence of arbitrations and other civil disputes at the forthcoming trial, we reiterate our request for a privilege log that identifies: (a) which documents are being withheld or redacted on the basis of privilege; and (b) the applicable privilege, as well as the holder of that privilege.  Please produce a corresponding privilege log to us by next Friday so that we can identify whether there are any outstanding disputes regarding these materials in advance of the forthcoming pre-trial motions deadline. To the extent you'd like to arrange a call to discuss, please let us know.

Best,
Georgia

---

**From:** Noam Greenspan <ngreenspan@talkinlaw.com>
**Sent:** Tuesday, March 24, 2026 2:12 PM
**To:** Gallagher, Patrick (USANYS) <Patrick.Gallagher@usdoj.gov>
**Cc:** Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>; Delligatti, Jaclyn (USANYS) <Jaclyn.Delligatti@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>; Ekechukwu, Adabelle (USANYS) <Adabelle.Ekechukwu@usdoj.gov>; Sara Probber <sprobber@ekljnlaw.com>; Ilene Jaroslaw <ijaroslaw@ekljnlaw.com>; Sam Talkin <samt@talkinlaw.com>; Max Nicholas <maxn@maxnicholasllc.com>; Gary A. Farrell, Esq. <garyfesq@aol.com>; John Kaley <jkaley@doarlaw.com>
**Subject:** [EXTERNAL] US v. Malvasio, 23 Cr. 396 (JMF), production of non-privileged documents

Patrick,

Our privilege review of the documents produced to us by your filter team on 3/7/26 is complete. Below is a link, which will expire in 14 days, to a production of non-privileged documents and information within that set. The Bates Numbers and metadata received from the filter team have been preserved. A password will follow in a separate email.

**Link:**  https://vdiscovery.sharefile.com/d-s643f4e79007d4d8ebff2da5de81af54c
**U_PROD001.zip**

Regards,

**Noam Greenspan**
**Talkin, Muccigrosso & Roberts LLP**
40 Exchange Place, 18th Floor
New York, New York 10005
(212) 482-0007 (office) | (212) 584-0150 (direct)

ngreenspan@talkinlaw.com

| | |
|---|---|
| **From:** | Noam Greenspan |
| **To:** | Gallagher, Patrick (USANYS) |
| **Cc:** | Kostopoulos, Georgia (USANYS); Ilene Jaroslaw; Sara Probber; jkaley@doarlaw.com; Sam Talkin; max@maxnicholasllc.com; Ekechukwu, Adabelle (USANYS); Gary A. Farrell, Esq.; Delligatti, Jaclyn (USANYS); Fergenson, Micah (USANYS) |
| **Subject:** | [EXTERNAL] Re: US v. Malvasio et al, 23-cr-396 (JMF) |
| **Date:** | Thursday, March 12, 2026 10:34:23 AM |

Patrick,

Your reference to "presence of counsel" appears to misapprehend what Mr. Malvasio and Mr. Marcus view as the relevance of the arbitration awards. We believe that the probative value of the documents is the effect that the favorable awards had on the state of mind of our clients after an independent arbitrator, following formal presentation from the parties, ruled in their favor. We are not aware of any authority in which a court has equated the ruling of an arbitral body (or any other legal decision maker) with the mere presence or involvement of an attorney, but we'd be open to reviewing any contrary authority you may have on the issue.

We, of course, agree that the government is entitled to review non-privileged documents related to the arbitrations. We do not, however, presently believe that this necessitates defendants' creation of a privilege log. Nor is Local Civil Rule 26.2 applicable in this case. Nevertheless, once we complete our review of the filter team production (hopefully by the end of next week), we will be in a better position to engage in further dialogue on the matter.

Regards,
Noam

**Noam Greenspan**
**Talkin, Muccigrosso & Roberts LLP**
40 Exchange Place, 18th Floor
New York, New York 10005
(212) 482-0007 (office) | (212) 584-0150 (direct)
ngreenspan@talkinlaw.com

---

**From:** Gallagher, Patrick (USANYS) <Patrick.Gallagher@usdoj.gov>
**Sent:** Friday, March 6, 2026 1:53 PM
**To:** Ilene Jaroslaw <ijaroslaw@eljnlaw.com>; Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>
**Cc:** Sara Probber <sprobber@eljnlaw.com>; jkaley@doarlaw.com <jkaley@doarlaw.com>; Sam Talkin <samt@talkinlaw.com>; max@maxnicholasllc.com <max@maxnicholasllc.com>; Noam Greenspan <ngreenspan@talkinlaw.com>; Ekechukwu, Adabelle (USANYS) <Adabelle.Ekechukwu@usdoj.gov>; Gary A. Farrell, Esq. <garyfesq@aol.com>; Delligatti, Jaclyn (USANYS) <Jaclyn.Delligatti@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>

**Subject:** RE: US v. Malvasio et al, 23-cr-396 (JMF)

Dear Counsel:

While defendants will not call any attorneys as trial witnesses, defendants have included on their exhibit list several documents related to arbitrations involving Global Capital Partners Fund, LLC ("GCPF"). In our view, those exhibits are not properly admissible for several reasons, including the fact that they raise the sort of presence of counsel issues that were posed by the prospect of calling attorneys as trial witnesses. Those issues are compounded by the fact that there are almost certainly arbitration-related materials within the set of materials that have been screened by the Government's filter team as potentially privileged. If the defendants seek to use the arbitrations at trial, the Government is entitled to review any non-privileged material relating to the arbitrations, and may have to litigate the applicability of the crime-fraud exception. Accordingly, unless you are willing to withdraw those exhibits and forego proof or argument regarding the arbitrations, we respectfully request that you provide us with a privilege log regarding the assertion of privilege over the materials that have been screened as potentially privileged.

To allow you to review those materials efficiently, the Government is producing today all potentially privileged documents relating to GCPF in a Relativity load file. By April 3, 2026, please provide a privilege log indicating whether a privilege is being asserted and, if so, provide the information required by SDNY Local Civil Rule 26.2.

We are available to discuss.

Patrick J. Gallagher
Assistant United States Attorney
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
(212) 637-2251 (desk)
(646) 831-3573 (cell)
Patrick.Gallagher@usdoj.gov

---

**From:** Ilene Jaroslaw <ijaroslaw@eljnlaw.com>
**Sent:** Thursday, February 5, 2026 12:49 PM
**To:** Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>
**Cc:** Sara Probber <sprobber@eljnlaw.com>; jkaley@doarlaw.com; Sam Talkin <samt@talkinlaw.com>; max@maxnicholasllc.com; Noam Greenspan <ngreenspan@talkinlaw.com>; Ekechukwu, Adabelle (USANYS) <Adabelle.Ekechukwu@usdoj.gov>; Gary A. Farrell, Esq. <garyfesq@aol.com>; Gallagher, Patrick (USANYS) <Patrick.Gallagher@usdoj.gov>; Delligatti, Jaclyn (USANYS) <Jaclyn.Delligatti@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Malvasio et al, 23-cr-396 (JMF)

Georgia,

We are also of the view that the privilege review issue has now been mooted.

With respect to GCPF, it is inactive and defunct.

Best,
Ilene

| E L J N |    ELLIOTT LEVINE JAROSLAW NEILS LLP

**Ilene Jaroslaw**

ijaroslaw@eljnlaw.com  |  Direct: +1 (917) 763-9852

One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510  |  http://www.eljnlaw.com/

**From:** Noam Greenspan <ngreenspan@talkinlaw.com>
**Sent:** Thursday, February 5, 2026 12:46 PM
**To:** Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>
**Cc:** Sara Probber <sprobber@eljnlaw.com>; jkaley@doarlaw.com; Sam Talkin <samt@talkinlaw.com>; max@maxnicholasllc.com; Ekechukwu, Adabelle (USANYS) <Adabelle.Ekechukwu@usdoj.gov>; Gary A. Farrell, Esq. <garyfesq@aol.com>; Gallagher, Patrick (USANYS) <Patrick.Gallagher@usdoj.gov>; Ilene Jaroslaw <ijaroslaw@eljnlaw.com>; Delligatti, Jaclyn (USANYS) <Jaclyn.Delligatti@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>
**Subject:** RE: US v. Malvasio et al, 23-cr-396 (JMF)

**CAUTION:** WARNING -- EXTERNAL EMAIL

Georgia,

We believe the privilege review issue has been mooted now that all defendants have declared their present intent to maintain all privileges and both Joseph and Ghattas have been removed from the defense witness list. While we do not expect that position to change, if it does, we will let you know on or before March 5.

Regarding the entities listed in your email, (b) – (d) are active corporations. I don't know the status of (a).

Regards,
Noam

**From:** Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>
**Sent:** Wednesday, February 4, 2026 11:07 AM
**To:** Ilene Jaroslaw <ijaroslaw@eljnlaw.com>; Gallagher, Patrick (USANYS) <Patrick.Gallagher@usdoj.gov>
**Cc:** Sara Probber <sprobber@eljnlaw.com>; jkaley@doarlaw.com; Sam Talkin <samt@talkinlaw.com>; max@maxnicholasllc.com; Ekechukwu, Adabelle (USANYS) <Adabelle.Ekechukwu@usdoj.gov>; Noam Greenspan <ngreenspan@talkinlaw.com>; Gary A. Farrell, Esq. <garyfesq@aol.com>; Delligatti, Jaclyn (USANYS) <Jaclyn.Delligatti@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>
**Subject:** Re: US v. Malvasio et al, 23-cr-396 (JMF)

Ilene,

Thanks for providing this update.  As we previewed, we still anticipate producing the screened communications that we identified as potentially privileged in order to confirm which (if any) the defendants still intend to assert privilege over, and whether the privilege belongs to Mr. Marcus, Mr. Malvasio, or a corporate entity.  We anticipate making that production later this week.

To that end, by the end of this week, we'd appreciate if you and/or counsel for Mr. Malvasio could identify:

1. The arbitration records you identified in last week's court conference as having been previously produced to us;
2. Which arbitration proceedings, if any, the defendants are intending to offer evidence of at trial;
3. Whether the following corporate entities are still active, and if so, who the corporate custodian is for these entities:  (a) Global Capital Partners Fund LLC; (b) National Commercial Mortgage Inc.; (c) JAM Incorporated LLC; and (d) Malco Real Estate Inc.

Happy to discuss on a call this week as well.
Best,
Georgia

---

**From:** Ilene Jaroslaw <ijaroslaw@eljnlaw.com>
**Sent:** Tuesday, February 3, 2026 6:05:00 PM
**To:** Gallagher, Patrick (USANYS) <Patrick.Gallagher@usdoj.gov>; Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>
**Cc:** Sara Probber <sprobber@eljnlaw.com>; jkaley@doarlaw.com <jkaley@doarlaw.com>; Sam Talkin <samt@talkinlaw.com>; max@maxnicholasllc.com <max@maxnicholasllc.com>; Ekechukwu, Adabelle (USANYS) <Adabelle.Ekechukwu@usdoj.gov>; Noam Greenspan

<ngreenspan@talkinlaw.com>; Gary A. Farrell, Esq. <garyfesq@aol.com>; Delligatti, Jaclyn (USANYS) <Jaclyn.Delligatti@usdoj.gov>; Fergenson, Micah (USANYS) <Micah.Fergenson@usdoj.gov>
**Subject:** [EXTERNAL] US v. Malvasio et al, 23-cr-396 (JMF)

Dear Georgia and Patrick,

Thank you for the courtesy of giving us an opportunity to confirm with our client his decision regarding a waiver of attorney-client privilege in connection with potentially calling James Joseph as a witness.

After further consideration, our client has elected not to call Mr. Joseph as a witness and not to waive his attorney-client privilege.

I will advise the Court of the same tomorrow.

Best regards,
Ilene

| ELJN |  ELLIOTT LEVINE JAROSLAW NEILS LLP

**Ilene Jaroslaw**
ijaroslaw@eljnlaw.com  |  Direct: +1 (917) 763-9852
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510  |  http://www.eljnlaw.com/