# Exhibit K



# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## NAME RESERVATION SEARCH

### BUSINESS NAME

Business Name: **Commercial Private Equity,**

Effective and Expiration Date: **07/20/2020 - 08/19/2020**

### RESERVED FOR

Name: **Jennifer Toomey**

Address: **1651 lighthouse circle, greensboro, GA, 30642, USA**

### FILER INFORMATION

Name: **Jennifer Toomey**

Address: **1651 lighthouse circle, greensboro, GA, 30642, USA**

Back                                             Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19     **Report a Problem?**

USAO_00309067



# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Commercial Private Equity, LLC** | Control Number: | **20135933** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Admin. Dissolved** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **1651, lighthouse Circle, Greensboro, GA, 30642, USA** | Date of Formation / Registration Date: | **7/24/2020** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2024** |
| Dissolved Date: | **09/19/2025** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Registered Agents Inc.** |
| Physical Address: | **300 Colonial Center Parkway, STE 100N, Roswell, GA, 30076, USA** |
| County: | **Fulton** |

Back                 Filing History        Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19          **Report a Problem?**

USAO_00309068



GEORGIA
CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
### BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Harbor Equity Funding LLC** | Control Number: | **18093375** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Terminated** |
| NAICS Code: | **Finance and Insurance** | NAICS Sub Code: | **Commercial Banking** |
| Principal Office Address: | **1075 Peachtree Street NE Suite 3650, Atlanta, GA, 30309, USA** | Date of Formation / Registration Date: | **7/25/2018** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2020** |
| Dissolved Date: | **06/30/2020** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Myron Miles** |
| Physical Address: | **17 Ousley Dr., Tifton, GA, 31794, USA** |
| County: | **Tift** |

Back                    Filing History          Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19          **Report a Problem?**

USAO_00309069

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]   [ Return to Search ]

### Entity Details ⌃

**ENTITY NAME:** GLOBAL CAPITAL PARTNERS FUND LLC

**DOS ID:** 3194935

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 04/22/2005

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 04/22/2005

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** SULLIVAN

**NEXT STATEMENT DUE DATE:** 04/30/2019

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

<    ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** JOSEPH, TERRACCIANO & LYNAM, LLP

**Address:** 2 ROOSEVELT AVENUE, SUITE 200, SYOSSET, NY, UNITED STATES, 11791

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies App Directory Counties Events Programs Services