

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 14, 2026

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  ***United States v. Malvasio, et al.*, S1 23 Cr. 396 (JMF)**

Dear Judge Furman:

   On April 27, 2026, the Government filed several motions *in limine*. (ECF No. 195.) On May 12, 2026, defendants Joseph Malvasio and Gregg Marcus filed a memorandum in opposition to the Government's motions (the "Opposition"). (ECF No. 198.) On May 12, 2026, the Court granted in part the Government's motion *in limine* to exclude evidence and argument regarding the defendants' civil arbitrations with certain victims. (ECF No. 199.) The Government respectfully requests leave to file a reply brief in order to respond to arguments made in the Opposition. The Government would file its reply brief by May 18, 2026.[1]

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney

    By:  _____
            Georgia V. Kostopoulos
            Adabelle U. Ekechukwu
            Patrick J. Gallagher
            Micah F. Fergenson
            Assistant United States Attorneys

cc:  Defense counsel (by ECF)

---

[1] The Government conferred with counsel for defendants who take no position on the Government's request.