UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA,            :

                                         :

                                         :          23-CR-396 (JMF)

       -v-                       :

                                         :            <u>ORDER</u>

JOSEPH MALVASIO, and          :
GREGG MARCUS              :

                                         :

                   Defendants.      :

                                         :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Attached to this Order are the following:

- Exhibit 1, which is the juror questionnaire that the Court used during oral voir dire on June 7, 2026; and

- Exhibit 2, which is the appendix of additional names and entities which was attached to the juror questionnaire and is referenced therein.

SO ORDERED.

Dated: June 9, 2026
     New York, New York

                                              JESSE M. FURMAN
                                     United States District Judge

**COURT EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,             :

                                     :

        -v-                     :            23-CR-396 (JMF)

                                     :

JOSEPH MALVASIO, and            :            VOIR DIRE
GREGG MARCUS,                 :

                                     :

                     Defendants.     :

                                     :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:


## **PLEASE DO NOT READ FURTHER OR WRITE ANYTHING ON THIS QUESTIONNAIRE UNTIL THE JUDGE TELLS YOU TO DO SO**

When directed to do so, please indicate if your answer to any of the following questions is "**yes**" by circling the number of that question. If your answer to a question is "**no**," you should not do anything. Do *not* write your name or make *any other* marks on the questionnaire; the only marks you should make are circles around the questions for which your answer is "yes." If, when asked about a "yes" answer, you prefer not to elaborate in open court, please say so.

A.        General Questions

1.        As I noted, this trial is expected to last up to three weeks. (I will note that we will not sit on June 19, 2026, as it is a federal holiday and the courthouse will be closed.) Do you have any unmovable commitments or extraordinary personal hardship that would interfere with your serving as a juror at a trial that is expected to end, at the latest, by Friday, June 26, 2026?

2.        Do you have any difficulty understanding or reading English?

3.        Do you have any ideas or prejudices that would make it difficult for you to follow my instructions as to the law?

4.        As I mentioned, at the end of the trial, I will give you thorough instructions on the applicable law, including what the Government must prove beyond a reasonable doubt for you to find the defendants guilty of the crimes with which they are charged. Do you have any doubt that you will be able to apply the law as I explain it even if you disagree with it?

5.        In our criminal justice system, defendants are presumed to be innocent, not only at the outset of the trial, but throughout the entire trial — unless and until the Government proves their guilt beyond a reasonable doubt. Would you have any trouble following my instructions on these points?

6.        Because the burden rests with the Government at all times, defendants have no obligation to offer evidence or to testify in their own defense. If a defendant chooses not to testify, as is his or her absolute right, would you have any trouble following my instruction that you may not consider that fact in any way in your deliberations in the jury room?

7.        Do you have any religious or ethical beliefs that would prevent you from passing judgment on another person?

8.        Have you ever studied or practiced law or worked in any capacity for a law office or a court?

9.      If any close friend or relative of yours has ever studied or practiced law, or worked in any capacity for a law office or a court, would their experience or work affect your ability to be a fair and impartial juror and follow my instructions as to the law?

10.     Have you, or has any close friend or relative, ever worked for any law enforcement agency, including the United States Attorney's Office for the Southern District of New York, a local District Attorney's Office, the New York City Police Department ("NYPD"), the Federal Bureau of Investigation ("FBI"), the United States Marshals Service, the Federal Bureau of Prisons, or any other such agency?

11.     Do you have any bias or prejudice for or against the United States Attorney's Office or any other law enforcement agency, including those listed in the previous question?

12.     Have you, or has any close friend or relative, either as an individual or in the course of business, ever been involved in any legal action or dispute with the United States or any of its offices, departments, agencies, or employees, or had any interest in any such legal action or dispute or its outcome?

13.     Have you, or has any close friend or relative, ever worked for a criminal defense attorney or private investigator?

14.     Do you have any bias or prejudice for or against criminal defense attorneys?

15.     Have you, either through any experience you have had or anything you have seen or read, developed any bias or prejudice, positive or negative, based on race, national origin, or gender, that may inhibit your ability to be a fair and impartial juror in this case?

B.      <u>Case-Specific Questions</u>

16.     Do you have any personal knowledge of this case, or have you heard or read anything about the charges or people involved as I have described them?

17.     Do you have any knowledge of any of the defendants, Joseph Malvasio or Gregg Marcus, whether from personal experience, the media, or any other source?

18.     As I explained earlier, this case involves a number of private loan businesses, including Global Capital Partners Fund, Harbor Equity, and Commercial Private Equity.  Do you have any familiarity with Global Capital Partners Fund, Harbor Equity, or Commercial Private Equity?

19.     Private loans are loans made by entities other than traditional banks and credit unions. Do you have experiences with, or opinions about, the private loan industry, including whether it should or should not be regulated, that would affect your ability to be fair and impartial in this case?

20.     This case may involve evidence concerning private "hard-money" loans — that is, loans made by entities other than traditional banks and credit unions that are often secured by real estate.  Do you have any experiences with, or opinions about, private hard-money lending that would make it difficult for you to be fair and impartial in a case involving such evidence?

21.     Do you have any experiences with, or opinions about, loans generally that would make it difficult for you to be fair and impartial in this case?

22.     Have you, or has any close friend or relative, been employed by a private lending company, a commercial or retail bank, a credit union, or by another lending company?

23.     Have you, or has any close friend or relative, ever been the victim of a fraud scheme?

24.     Have you, or has any close friend or relative, ever been involved — as a defendant, victim, witness, or in any other way — in a case involving wire fraud?

25.     The Government witnesses in this case may include law enforcement officers, including agents and other employees of the FBI.  Would you have any difficulty assessing the credibility of such a witness just like you would any other witness?

26.     You also may hear testimony from expert witnesses.  Have you had any experiences with expert witnesses, or do you have any general feelings about the use of such witnesses, that would affect your ability to be fair and impartial in this case?

27.     You may hear testimony in this case from cooperating witnesses — that is, witnesses who previously participated in criminal activity and are testifying pursuant to agreements with the Government; such cooperating witnesses hope to receive a lower sentence because of their cooperation.  You may also hear testimony from witnesses who have received non-prosecution agreements — that is, agreements in which the Government agrees not to prosecute the witnesses at all.  The use of such witnesses is lawful and permitted, but the testimony of such witnesses should be scrutinized carefully.  Do you have any feelings, beliefs, or experiences regarding the Government's use of these kinds of witnesses that would influence your ability to evaluate this testimony fairly and impartially?

28.     You may also hear testimony in this case from witnesses who are testifying under a grant of immunity — that is, witnesses whose statements cannot be used against them in any criminal case except in limited circumstances.  The use of immunized witnesses is lawful and permitted.  Do you have any feelings, beliefs, or experiences regarding the Government's use of immunized witnesses that would influence your ability to evaluate this testimony fairly and impartially?

29.     The Government is not required to use any particular investigative technique when uncovering evidence of, or prosecuting, a crime.  Would you have any trouble following my instructions on that score?

30.     Do you have any expectations about the type or types of evidence that the Government should or will present in criminal trials?

31.     Do you have any reason to believe that anything in your life experience will make you partial to one side or the other in this case?

32.     Do you think that you could *not* sit fairly and impartially as a juror in a case involving charges like those in this case — that is, involving alleged wire fraud and conspiracy to commit the same?

C.     Knowledge of Parties, Lawyers, and Witnesses

33.     The United States is represented in this case by the United States Attorney for this District, who is Jay Clayton.  Appearing on his behalf in this case will be Assistant United States Attorneys Georgia Kostopoulos, Adabelle Ekechukwu, Patrick Gallagher, and Daniel Nessim.  They will be assisted by Saadhi Jakka and Myrnette Millington, paralegal specialists in the United States Attorney's Office.  Do you know, or have you had any dealings, directly or indirectly, with any of these people or any other member of the United States Attorney's Office for this District?

34.     The Assistant United States Attorneys will also be assisted in this case by Special Agents Craig Minsky, Richard Prince, and Kenneth Hosey of the FBI.  Have you, or has anyone close to you, had any dealings either directly or indirectly with Special Agents Minsky, Prince, or Hosey?

4

35. As I mentioned, Joseph Malvasio is a defendant in this case. Mr. Malvasio is represented by Max Nicholas of the law firm Max Nicholas LLC, and Sanford Talkin and Noam Greenspan of the law firm Talkin, Muccigrosso & Roberts, LLP. Do you know, or have you had any dealings, directly or indirectly, with any of these people, their law firms, or anyone else at those firms?

36. As I mentioned, Gregg Marcus is also a defendant in this case. Mr. Marcus is represented by Ilene Jaroslaw and Sarah Probber of the law firm Elliot Levine Jaroslaw Neils LLP. Do you know, or have you had any dealings, directly or indirectly, with these lawyers, their law firm, or anyone else at that firm?

37. Are you familiar with anyone else present in the courtroom, including your fellow jurors, all Court personnel, and myself?

38. Do you know or have you heard of any of the following people who may testify or whose names may be mentioned during the course of the trial?

1. Aileen Diamond
2. Alexandra LeBaron
3. Angela Carmon
4. Ansar Mussaleen
5. Bill Caldwell
6. Bob Kline
7. Brian Minges
8. Bruce Greenberg
9. Christopher Kottmeier
10. Christopher Polk
11. Ciro Taormina
12. Craig Minsky
13. Dane Hawkins
14. Desiree Jellerette
15. Douglas Rosnick
16. Dr. Roberto Feliz
17. Eric Greenfield
18. Ericka Simmons
19. Ganesan Visvabharathy
20. Jason Hescock
21. Jennifer Stewart
22. Jim Roberts
23. John Corallo
24. Joseph Rosati
25. Julia L. James
26. Kenneth Hosey
27. Kenny Snyder
28. Khiem Tran
29. Kirthiga Krishnamurthy
30. Kyle Visser
31. Larisa Greenberg
32. Mark Owens
33. Matel Anasta
34. Matthew Dragalin
35. Matthew Peters
36. Melissa Bach
37. Myron Miles
38. Paul Dopp
39. Perez Zeledon
40. Phillip Ruthen
41. Rachel Danko
42. Richard Charles Caswell III
43. Richard Prince
44. Ronald Batiste
45. Scott Carnahan
46. Scott Myrick
47. Sokoni Scott
48. Steven Albert
49. Tamer Degirmencioglu
50. Theodore Filbert
51. Tim Lense
52. Victor Mancebo
53. William Del Gais

39.    Some of the evidence in this case may concern the following entities and places:

| | | | |
|---|---|---|---|
| a. | Harbor Private Equity | k. | Lynbrook, New York |
| b. | Atlanta, Georgia | l. | Norwood, Massachusetts |
| c. | Berger, Missouri | m. | Oklahoma City, Oklahoma |
| d. | Boston, Massachusetts | n. | Richmond Hill, New York |
| e. | Burlington, Vermont | o. | Riverhead, New York |
| f. | Hudson, New York | p. | San Jose, Costa Rica |
| g. | Humacao, Puerto Rico | q. | St. Louis, Missouri |
| h. | Huntsville, Alabama | r. | Stonecrest, Georgia |
| i. | Hurst, Texas | s. | Winston-Salem, North Carolina |
| j. | Jennings, Oklahoma | | |

Do you have familiarity with any of these places or entities that would interfere with your ability to be fair and impartial in this case?  (Note: You should not answer yes merely because you are familiar with one of the listed places or entities.  You should answer yes only if you are familiar with a place or entity and it would interfere with your ability to be fair and impartial in this case.)

40.    You received a separate document with the heading "Additional List of Names and Entities."  Do you know or have you heard of any of the people or entities named on that list?

D.    Experience with, and Opinions of, Crime and Legal Proceedings

41.    If you or any close friend or relative has ever brought a lawsuit against anyone or been sued, would that experience affect your ability to be fair and impartial in this case?

42.    Have you, or has any close friend or relative, ever been involved, been questioned, or appeared as a witness, in any trial or any investigation, including any investigation by a federal or state grand jury or a law enforcement agency, including the FBI?

43.    Have you, or has any close friend or relative, ever been the victim of a crime (other than one you have mentioned in connection with a previous question)?

44.    Have you, or has any member of your immediate family, ever been arrested or incarcerated?

45.    Have you, or any of your relatives or close friends, had any experience with law enforcement that you think may affect your ability to render a fair verdict?

6

E.       Difficulties in Understanding or Serving

46.      Do you have any problem with your hearing or vision or any physical or medical issues (including any medication you may be taking) that would prevent you from giving your full attention to all of the evidence presented during this trial?

47.      The question of punishment is for me alone to decide, and the possible punishment must not enter into your deliberations as to whether the defendants are guilty or not guilty.  Would you have any trouble following that instruction if you were selected to serve as a juror?

48.      From now and until your jury service is complete, you must avoid any discussion of this case, whether in the media, on social media, on the Internet, or elsewhere.  That is, you are forbidden from consuming any news media or social media or any discussion of this case (or of anyone participating in the case) outside of the courtroom whatsoever.  You also must not discuss this case with anyone.  This includes your family, friends, spouse, domestic partner, colleagues, and co-workers.  These instructions apply from now until you are either dismissed from jury selection or chosen as a juror and the trial is complete.  Do you have any reservations or concerns about your ability or willingness to follow these instructions?

49.      In these questions, I have tried to direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror in this case.  Apart from any prior question I have asked you, is there *any* reason that you could *not* be a conscientious, fair, and impartial juror in this case and render a true and just verdict without fear, favor, sympathy, or prejudice, according to the law as I will explain it to you?

7

**QUESTIONS FOR INDIVIDUAL JURORS**

1.      Please state your name.

2.      In which county or counties have you lived during the past five years?

3.      How old are you?

4.      How far did you go in school?

5.      What do you do?  (If retired or unemployed, describe your last employment.)

6.      How long have you been employed in your current position?  (If fewer than five years, where else did you work in the last five years?)

7.      Do you live with anyone and, if so, what do they do?

8.      Do you have grown children and, if so, what do they do?

9.      Where do you typically get your news?  For example, what phone apps, television shows, print newspapers, magazines, radio shows, podcasts, or internet news site(s) do you use, read, watch, or listen to on a regular basis?

10.     Do you watch any shows dealing with the criminal justice system, such as investigative news programs like Dateline, 48 Hours, or 20/20, or police drama shows like Law & Order or CSI?

11.     Do you belong, or volunteer your time, to any associations, organizations, clubs, or unions?

12.     What do you like to do in your spare time?

13.     Have you ever served as a juror?  If so, when did you serve and were you on a grand jury or a regular jury?  If a regular jury, was it a civil or criminal case?  Did you reach a verdict?  (**Do not tell us what the verdict was**.)

**COURT EXHIBIT 2**

*United States v. Malvasio and Marcus*
23-CR-396 (JMF)
June 8, 2026
### Additional List of Names and Entities

1. Abe Summers
2. Abraham Albert Rolle
3. Adolfo Orozco
4. Adrian Rudomin
5. Afzal Feroz Agad
6. Agron Ala
7. Ali Abdulla
8. Alpie Atabay
9. Amarbin Ahmed
10. Amy Opat
11. Andrew Bowden
12. Andrew Gonchar
13. Andrew Levy Morales
14. Angela Jones
15. Anne Hill
16. Anthony Calicchio
17. Anthony Raynor
18. Anton Dormer
19. Aristotle Karas
20. Arron Pepper
21. Arthur Paul Hoffman
22. Asa Powell
23. Beau Burns
24. Benjamin Kay
25. Bernard Fritsch / La Verne Investors, LLC
26. Bipin Patel
27. Bob Wilson
28. Bobby J. Adamson
29. Brian Anderson
30. Bruce Marko
31. Brunible Costantino
32. Bryan Evans
33. Candace Boyd
34. Carl Blauwkamp
35. Carmen Hernandez
36. Cassaundra McGinnis
37. Charles Everhardt
38. Charles Robert Mckee III
39. Chen Lieh Tang
40. Chescot Brownie & Robert Thomas
41. Christian Taylor
42. Christos Stergiou
43. Cindy Estes
44. Clarence H. Jester
45. Clark Fosler
46. Cole McDowell
47. Colin Velt
48. Courtney Rush
49. Damian Caldwell
50. Danial Katanglan
51. Daniel Sampson
52. Darren Gough
53. David Angel Mercado
54. David Grand
55. David Michery
56. David Raven
57. David Rose & Ricky Hollaway
58. Dean Vossekuil
59. DeCarlos Myers
60. Deonarine Singh
61. Donielle Davis
62. Donielle Davis
63. Doug Edgelow
64. Dr. Niclas Adler
65. Dr. Sahib Arora
66. Eric Martinez
67. Felicia Bruni
68. Francisco Arocha
69. Frank Fay
70. Frank Habit
71. Frank Nocito
72. Frank Roessler
73. Frank Wallace
74. Gabriel Benador
75. Garry Merret
76. Gary Ogle
77. Gene Slater
78. Generis Matthew Robinson
79. Geoffrey Ghanem
80. George Griffin
81. Gerald Fritts
82. Gillian Jordon
83. Gina DeVeaux
84. Gordon Fox
85. Gowri Kailas
86. Greg Lindberg
87. Greg Lindberg
88. Gwo Li Chen
89. Howard Peterson
90. Hyok Joon Choi
91. J. David Page
92. Jack Grubb
93. Jack Irons
94. James D. Cook
95. James F. Jacoby
96. James Forrest
97. James H. Everett Jr.
98. James H. Hames Jr.
99. James Wilson
100. Jan Telander

1

101. Janice & David Lacroix
102. Jason Ackner
103. Jason Bak
104. Jason Goelz
105. Jason Munsayac
106. Jason Yeoman
107. Jay Matthiesen
108. Jean-Paul Chiasson
109. Jeenha Huh
110. Jeff Lefkovich
111. Jeffrey Brookman
112. Jeffrey Morris
113. Jeffrey S. Cosman
114. Jianqing Yang
115. Jim Cooper
116. Jim Hiester
117. Jimmie McCarter
118. John Chen
119. John F. Hale Jr
120. John F. Kennedy
121. John H. Wagener
122. John Oakes
123. John Oakes
124. John Rochon
125. John Somarakis
126. John W. Jones
127. Johnathan J. Kall
128. Jose Humberto Flores
129. Joseph A. Melino
130. Joseph C. Rouleau
131. Joseph Campbell
132. Joseph D'Ascenzo
133. Joseph H. Stadlen
134. Joseph P. Firmage
135. Joseph T. Marando
136. Joshua Garth
137. Joshua Vizer
138. Julian Parentela

139. Julie Davies
140. June Eaton
141. Karim H. Ismail
142. Katherine Bennett-Brophy
143. Ken Fleischer
144. Kenneth A. Martin
145. Kimberly Olson
146. Kirk Broadbooks
147. Kit Connally
148. Kraig Higginson
149. Kyriakos Kolas
150. Lauchland Peters
151. Lavern Smith
152. Lewis Irving
153. Lingtao Kong
154. LM Dyson Jr.
155. Louis Ocampo
156. Louise Blouin
157. Lucasz Pisarczyk
158. Luis Contreras Brea
159. Luis Jose Asilis
160. Luis Plaz
161. Malcolm Rhodes
162. Marc Green
163. Marc Owensby
164. Marc Page
165. Mark A. Parish
166. Mark Spisak
167. Marlin Tobias
168. Mary Warner
169. Matt Orban
170. Matthew B. Czinger
171. Matthew Stabile
172. Maureen Lewis
173. Maurice Tungilik
174. Max Harvey
175. Melvin Judge
176. Michael Arikat

177. Michael Drever
178. Michael Ferraguto & John Carroll
179. Michael McKenzie
180. Michael Nguyen
181. Michial G. Mularoni
182. Mike Mattox
183. Mitchell Elmann
184. Mohammed Reza Yasseri
185. Morris Williams
186. Mystery Willis
187. Nabil Asterbadi
188. Nauradin Mohammed Hatem
189. Neville Anthony Scott Sr
190. Nick Colvin
191. Nick Mabray
192. Nick Papamichael
193. Nigel & Sonia Tyrell
194. Nizar Ali
195. Omar Dewan
196. Othello Mahone
197. Pastor Larry Baucom
198. Patrick Imeson
199. Patrick Taylor
200. Paul Grossi
201. Paul J. Ricciardi Jr.
202. Paul Rieur
203. Paul Ronald Reece
204. Payman Partovi
205. Peter Delfino
206. Peter Lazar
207. Petra Ugarte
208. Philese Blackler
209. Philip D. Ostrowski
210. Ples Abner
211. Priyesh Harshad Patel
212. Rahlm Mohamed
213. Rajwanth Gupati

2

214. Ravi Aurora
215. Ray Nicolas
216. Raymond Lai
217. Richard Breuninger
218. Richard Lendor
219. Robert Chamberlin
220. Robert John Harriss
221. Robert L. Macleod
222. Roni Menashe
223. Rupinder S. Sangha
224. Ryan Cole
225. Sam Keilani
226. Sam Mizrhi
227. Samir Zaki Sidhom
228. Savraj Gata-Aura
229. Scott Carroll
230. Scott J. Weiner
231. Sebastian Rucci
232. Sergio Torres
233. Shaun Martin
234. Shawna Smalley
235. Sheila Harshman Coffin
236. Sofia Koustis & Marina Koustis
237. Stephen Isa Mushahar
238. Stephen Kaye
239. Stephen Kaye
240. Stephen Steele
241. Stephen Thomas
242. Stephen Williams
243. Steve Embree
244. Steve Safie
245. Steven Schumann
246. Syed Kazmi
247. Syed Raza
248. Thomas JC Yeh
249. Thomas M. Kretz
250. Thomas Swarthout
251. Tia Frazier

252. Todd Holcombe
253. Tripp Snyder
254. Uri Kaufman
255. Uvie Ugono
256. Vaughn Irons
257. Venkata Kishore Reddy Ammi Reddy
258. Vernon Price
259. Walt Bosmans
260. Wanda M. Johnson
261. Warren Scott Hammond Jr.
262. Wayne M. Aston
263. William Krause
264. Willis Tabron III
265. YS (John) Piracha
266. Zafir Rashid
267. Zelman (Sam) Gershwin
268. Zubin Jasavala
269. CEA Development LLC
270. Franklin Hills Estates and Country Club, LLC
271. TPT Global Tech Inc.
272. Diamond Creek Holdings LLC
273. Healing House Lakewood LLC
274. Betty Corp and 25800 Inc.
275. Coyote Flats #1 LLC
276. PTP1 LLC
277. Black Mountain Group LLC
278. Maravilla Partners LLC & Maravilla Partners II, LLC
279. TMKD LLC
280. Cedar Vineyard LLC
281. Elevate Lounge and Event Space
282. Smith Mountain D & L LLC
283. Bay Ridge Boutique Hotel SRL
284. New Rochelle Birch Development LLC
285. Midas Capital Bank Ltd
286. Stonecrest Resorts LLC

287. Ammi Reddy LLC
288. First Choice Homes Inc.
289. V7 Labs MO LLC
290. Thunder Holdings, LLC
291. Revival Deliverance Edification Church
292. Marlborough Management LLC
293. Valley Forge Impact Park, LLC
294. TCC Development LLC
295. Paradis LLC
296. American Harvest Inc.
297. GMR Development Orlando I, LP
298. Codd Liv LLC
299. Mera Cannabis Corp.
300. Russell's Automotive Inc.
301. Ashton Rowles, LLC
302. Full Construction Solutions, Inc.
303. 1526 Holmes, LLC
304. Studios Palace Real Estate, LLC
305. Kingdom Peaks, LLC
306. Dakshay and Tarla Patel, LLC
307. The Andrew James Stewart Irrevocable Trust
308. Pike Business Park, LLC
309. Elim Mining, Inc
310. Price Manufacturing Co.
311. Badger Flats, LP
312. 4923 RL, LLC
313. Pacific Land International Development, Inc.
314. Gonzalez Dairy, Inc.
315. Tricenda LLC
316. Hydrodec of North America
317. Caritas Investment Limited Partnership
318. Almer American Vision of Michigan Revocable Living Trust
319. Chandler Estates, LLC

3

320. Mendes Ranch and Trail Rides, Inc.
321. Vardan, LLC
322. Estate of Martin and Denise Carey
323. Ultimate Sports Bar and Grill, LLC
324. Thomas (Tom) Rackley
325. Hartmann Development LLC
326. Decorative Arts of New York, Inc.
327. Champion Capital Global, LLC
328. Rocky Pee Dee, LLC
329. KCRVR DBA Buffalo Chip Development LLC
330. USA Consulting
331. Sunset Cove Enterprise, LLC
332. CBJ Developments
333. ASAM Hotels, LLC
334. 31 North Real Estate Investors LLC
335. Greenshore Development, LLC
336. Y & D Heavy Equipment Export, Inc.
337. Tired Rose, LLC
338. Sampong Property Developers Company, LTD
339. Handy Fill, LLC
340. Fredi-Jaq Winslow Development Corp.
341. 4 The Kids, LLC
342. Solomon Group Holdings LLC
343. O'Bryant and Sons, Inc.
344. Nielson Property Management
345. Empyrean Resources, LLC
346. Golden Grove Properties, LLC
347. Eagle Rose Inc.
348. Down Island View Developers, LLC
349. Bahamas Certified Seafood, Inc.
350. HJH Premium Grand Prairie Hospital, LLC
351. Wedgewood Heights Development Company, LLC
352. Eleven 15 Apartments LLC
353. Greater Cornerstone Baptist Church
354. D & N Holdings, LLC
355. Long X, LLC
356. The Sandbar Land Company, LLC
357. Chip Properties, Inc.
358. Gelou, LLC
359. Aurora Hospitality Group
360. Vitality Vick Strizheus
361. RHJ Development, Corp.
362. Nebraska OH Holdings, LLC
363. Cal Properties Inc.
364. R. Irizarry LLC
365. 3907 Investments, LLC
366. ALFA Residential Development Holdings, LLC
367. Lone Star Sand, LLC
368. NFG Asset Holdings, LLC
369. Portland Land Company 2, LLC
370. Primetime Investments, LLC
371. New Harmony Corp.
372. M L Ohio Properties, LLC
373. Auburn Sports Group
374. Atlantic Blue Group
375. Anastasios Hatzopoulos & Jessica Landress
376. Honors Way LLC
377. Samuel Wood
378. 139 South Summit Partners, LLC
379. Hartley Patterson, LLC
380. Hawthorne Villa Park, LP
381. Victoria Mincello DBA MVP Equestrian Center, LLC
382. Ultimate Financial Resources, LLC
383. 3b GroupHoldings, LLC
384. LOF Kimpton Falls, LLC
385. 329 Heavy Industries, LLC
386. Mt. Hebron Missionary Baptist Church
387. Momentux RE Holdings, LLC
388. Sailexi, LLC
389. 213 Everett Avenue, LLC
390. NP Lehi, LLC
391. The Polish American Club of Miami, Inc.
392. North Ridge Paddle and Racquet Club