UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,          :

                       :

      -v-                 :            23-CR-396 (JMF)

JOSEPH MALVASIO et al.,           :

                       :           ORDER

          Defendants.     :

                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's June 4, 2026 Order, ECF No. 228, the parties were required to file unredacted versions of ECF Nos. 219 and 222 on the public docket by June 11, 2026. To date, the parties have not filed those documents. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 15, 2026**.

       SO ORDERED.

Dated: June 12, 2026
      New York, New York                      JESSE M. FURMAN
                                       United States District Judge