T | M | R

TALKIN MUCCIGROSSO & ROBERTS LLP

September 15, 2026

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re: United States v. Joseph Malvasio & Gregg Marcus
23 Cr. 396 (JMF)

Dear Judge Furman:

Defendants Malvasio and Marcus ("Defendants") recently moved for an extension of the time to file objections to the Presentence Investigation Report ("PSR"). The Court granted this motion to the extent that the objection filing deadline was enlarged by three weeks. This three-week extension causes the objections to be due on September 22, 2024, the day after Yom Kippur. Defendants respectfully request that the objection filing deadline be extended by two days to September 24, 2026 so that counsel can work on the objections on the days prior to the time of filing. The government does not oppose this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: All counsel (by ECF)

Application GRANTED. The Clerk of Court is dicrected to terminate Doc. #276.

SO ORDERED.

September 16, 2026