UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOSEPH MALVASIO, a/k/a "Joe Cohen,"

Defendant.

---

23-CR-396 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

For reasons the Court will explain orally at sentencing, Defendant Joseph Malvasio's motion, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, for judgment of acquittal on Count One is DENIED. Further, in light of the Government's view that redaction of Malvasio's memorandum of law is unnecessary, *see* ECF No. 265, at 14 n.4, Malvasio shall, no later than **October 8, 2026**, file an unredacted copy of his memorandum of law on ECF.

SO ORDERED.

Dated: October 5, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

**COURT EXHIBIT 1**

**COURT EXHIBIT 2**